AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| MARIA MAHMOOD<br>*Plaintiff*<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 12-1544<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NATIONAL BOARD OF MEDICAL EXAMINERS
3750 MARKET STREET
PHILADELPHIA, PA. 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIAM C. REIL, ESQ.
42 S. 15TH STREET, STE. 210
PHILADELPHIA, PA  19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/27/12

PATRICIA A. JONES, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-1544

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __National Board of Medical Examiners__

was received by me on *(date)* __3/30/12__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Celeste White, Executive Asst.__ , who is

designated by law to accept service of process on behalf of *(name of organization)* __National Board of Medical Examiners__ on *(date)* __4/3/12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

FILED
APR - 9 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: __04-03-12__

_____
*Server's signature*

James Davis, Process Server
*Printed name and title*

235 S. 13th Street, Phila., PA 19107
*Server's address*

Additional information regarding attempted service, etc: