LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
42 S. 15th Street, Suite 210
Philadelphia, PA 19102
215-564-1635                                              ATTORNEY FOR PLAINTIFF

| MARIA MAHMOOD<br>14717 Exbury Lane<br>Laurel, MD 20707 | : <br>: <br>: | UNITED STATES DISTRICT<br>COURT FOR THE EASTERN<br>DISTRICT OF PENNSYLVANIA |
|---|---|---|
| vs. | : <br>: | |
| NATIONAL BOARD OF<br>MEDICAL EXAMINERS<br>3750 Market Street<br>Philadelphia, PA 19104 | : <br>: <br>: <br>: | 2:12-cv-01544-PD<br><br>JURY TRIAL DEMANDED |

## PRAECIPE TO ATTACH EXHIBIT TO COMPLAINT

TO THE CLERK OF COURT:

Please attach Exhibit "A" to the above-captioned complaint.

*[signature]*
William C. Reil, Esquire
Attorney for Plaintiff

4/17/12