# EXHIBIT 2

**POLICE DEPARTMENT — BALTIMORE, MARYLAND**
**INCIDENT REPORT** — Form 04/008, 1160-25-55

- ☐ Person  ☒ Property  ☐ Vehicle  ☐ Miscellaneous
- Domestic Related ☐  Gang Related ☐  Juvenile Related ☐  Hate Crime ☐

| Field | Value |
|---|---|
| 1 Crime / Incident | ARSON |
| Attempt | ☐ |
| 2 Complaint Number | 112H03605 |
| 3 Location of Offense | 1501 S. CLINTON ST. 21224 |
| Page | 1 of 3 |
| 4 Date / Time Occurred | 6 AUG, 11   0909 |
| 5 Date / Time Reported | #4 |
| 6 Unit | 2B31 |
| 7 Post of Occurrence | 231 |
| 9 Street Code | |
| 10 CAD Number | 0695 |
| 11 Location Given by Dispatcher | #3 |
| 12 Companion Report No. | |
| 13 Case Status | ☐ Open ☒ Closed |
| 14 Case Disposition | ☒ Cleared ☐ Not Cleared |
| 15 Follow-up | ☐ Yes ☒ No |
| 18 Describe Location / Type of Premise | OFFICE BUILDING |
| 19 Reported by Crime Watcher | ☐ Yes ☐ No |
| 20 Complainant / Victim | COPT |
| Residence / Address | 1501 S. CLINTON ST. 21224 |
| Other Phone | 410-276-6081 |
| 24 Reporting Person | SMITH, DAVID |
| Address | 1501 S. CLINTON ST. 21224 |
| Other Phone | 4102766081 |
| 26 Suspect | MAHMOOD, MARIA |
| Address | 14717 EXBURY LN. 20707 |
| Sex | F |
| Race | O |
| Age | 31 |
| Height | 5'0" |
| Weight | 115 |
| Arrest Number | 11290406 |
| 45 Detective Notified | VOGT |
| Sequence No. | C831 |
| Assignment | CID |
| Unit Number | 6541 |
| Date | 6AUG,11 |
| Time | 1100 |
| 47 Crime Lab Technician | TRAN |
| Unit Number | 5626 |
| Time | 1100 |
| 52 Copies Forwarded To | ASU  PAR |

Narrative:

STRUCTURAL DAMAGE    $1000.00

CONTENT             $0

Continued ☐

| 53 Reporting Officer Name | DET. FRANCIS |
| Sequence No. | F013 |
| Assignment | SED |

**REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK**

| SUPPLEMENT REPORT<br>Form 04/007<br>1160-25-33 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | 1 Crime / Incident<br>ARSON | Attempt ☐ | 2 Complaint Number<br>112H03605 |
|---|---|---|---|---|
| ☑ Continuation    ☐ Follow Up | | 3 Location of Offense / Incident (Street Address, Zip)<br>1501 S. CLINTON ST. 21224 | | Page 2 of 3 |
| Person ☐  Property ☑  Miscellaneous ☐  Vehicle ☐  Missing Person ☐  Custody ☐ | | 4 Date / Time of This Report<br>8 AUG, 11   0909 | 5 Arrest / Custody Number<br>11290405 | |
| 6 Unit  2B31 | 7 Post of Occurrence/Reporting Area  231 | 9 Street Code | 10 CAD Number  0695 | 11 Original Report Date / Time  #4 | 12 Offense / Incident Changed From |
| 13 Case Status<br>☐ Open ☑ Closed | 14 Multiple Clearance<br>☐ Yes ☑ No | 15 Case Disposition<br>☑ Cleared ☐ Not Cleared | Explain | 16 Follow-up<br>☐ Yes ☑ No | 17 Crime Code | 18 Crime Classification |
| 19 Complainant/Victim Name (Last, First, M), or Firm Name if Business<br>COPT | | Residence / Address (Include City, County, State, Zip)<br>1501 S. CLINTON ST. 21224 | | Sex Race Age DOB |
| 20 Copies Forwarded To | | P4R    ASU | | |

**NARRATIVE:**

ON 8 AUGUST 2011 @ 9:09 am, DETECTIVE FRANCIS, 2B31 UNIT RESPONDED TO 1501 S. CLINTON STREET, MARINER BANK TOWER, FOR A REPORTED OF A B&E. UPON HER ARRIVAL SHE WAS DIRECTED TO THE 13TH FLOOR WHERE SHE SPOKE WITH DAVID SMITH, PROPERTY MANAGER FOR THE BUILDING. SMITH REPORTED THAT A FIRE HAD BEEN SET IN THE WOMEN'S BATHROOM ON THE 13TH FLOOR. DETECTIVE FRANCIS CHECKED THE BATHROOM AND FOUND THE REMAINS OF A FIRE AGAINST THE WEST WALL OF THE BATHROOM AND CONTACTED THE FIRE DEPARTMENT.

ENGINE CO.#41 RESPONDED TO THE SCENE AND CAPTAIN DIEHL REQUESTED AN INVESTIGATOR WITH THE FIRE INVESTIGATION BUREAU TO BE NOTIFIED. CAPTAIN BRUCE SHILOH, F.I.B. #3 ARRIVED AND CONDUCTED AN INVESTIGATION INTO THE ORIGIN AND CAUSE OF THE FIRE. CAPTAIN SHILOH DETERMINED THAT THE FIRE ORIGINATED AGAINST THE WEST WALL OF THE WOMEN'S BATHROOM ON THE 13TH FLOOR WHERE TOILET TISSUE AND A PIECE OF TWINE WHERE STUCK TO THE UNDERSIDE OF A SINK AGAINST THE WALL. AN OPEN FLAME IGNITED THE PAPER WITH THE RESULTING FIRE CONSUMING PART OF THE TOILET PAPER AND TWINE WITH EXTENSION OF FIRE TO THE LOWER PORTION OF THE WEST WALL. THE WALL SURFACE WAS PARTIALLY BURNED AND SCORCHED IN AN AREA MEASURING 10 X 18 INCHES.

ON THE SINK NEXT TO THE BASIN A PLASTIC SANDWICH BAG WAS LOCATED. INSIDE THIS BAGGIE WAS A ROUND PLASTIC TUPPERWARE TYPE CONTAINER WITH PAPER MATERIAL INSIDE. AN ODOR OF AN IGNITABLE LIQUID WAS EMANATING FROM THIS BAGGIE. CAPTAIN SHILOH DETERMINED THAT THE FIRE WA INCENDIARY IN NATURE, BEING DELIBERATELY SET AND REQUESTED POLICE ARSON TO RESPOND TO THE SCENE. THIS DETECTIVE WAS NOTIFIED BY FIRE COMMUNICATIONS AT 9:56 AM HOURS WITH MY ARRIVAL TIME ON THE SCENE AT 11:00 AM.

MY INVESTIGATION REVEALED THAT THE FIRE ORIGINATED IN THE WOMEN'S BATHROOM ON THE 13TH FLOOR OF THE MARINER BANK TOWER. TOILET PAPER AND A PIECE OF TWINE WERE IGNITED WITH AN OPEN FLAME. THE FIRE BURNED THE WALL SURFACE OF THE WEST WALL UNDER THE BATHROOM SINK. AN PLASTIC CONTAINER WAS FOUND IN A BAGGIE ON THE COUNTER NEXT TO THE SINK. AN ODOR OF AN IGNITABLE LIQUID COMMONLY ASSOCIATED WITH GASOLINE WAS NOTICED COMING FROM THE BAGGIE AND CONTAINER.

FURTHER INVESTIGATION REVEALED TWO WITNESSES TO THE ARSON WERE IDENTIFIED. ONE WITNESS STATED THAT THEY ENTERED THE WOMEN'S BATHROOM WHERE THE FIRE OCCURRED AND NOTICED A STRONG ODOR INSIDE. THEY OBSERVED A WHITE FEMALE, LATER IDENTIFIED AS MARIA MAHMOOD, DOB 8/15/79, WASHING OUT A SMALL PLASTIC CONTAINER IN THE LAST SINK AGAINST THE WEST WALL. THE FEMALE PRODUCED A BAGGIE FROM A BLUE BAG WITH WHITE PAPER TYPE MATERIAL INSIDE. A STRONG ODOR WAS COMING FROM THE BAGGIE. THE FEMALE THEN WENT INTO THE SECOND TO LAST STALL. THIS WITNESS THEN LEFT THE BATHROOM.

A SECOND WITNESS THEY ENTERED THE BATHROOM AND ALSO IMMEDIATELY SMELLED A STRANGE ODOR THEY DESCRIBED AS COMING FROM A VEHICLE, AND OBSERVED THE WHITE FEMALE LEAVE THE STALL AND STAND NEXT TO THE LAST SINK AT THE COUNTER TOP. WHEN THIS WITNESS LEFT THE STALL, SHE OBSERVED A SMALL FIRE UNDER THE COUNTER BENEATH THE LAST SINK. THE WITNESS WET A PIECE OF PAPER TOWEL AND ATTEMPTED TO EXTINGUISH THE FIRE.

BOTH WITNESSES INDICATED THAT NO ONE OTHER THAN THE WHITE FEMALE ENTERED OR EXITED THE REST

Continued ☑ ☐

21 I affirm and declare that the statements above are true to the best of my knowledge:

| 22 Reporting Officer Name (PRINT CLEARLY)<br>DET. FRANCIS | Sequence No F013 | Assignment SED | Signature |
| 23 Approving Supervisor | Sequence No | Assignment | Signature |
| 24 RMS Data Entered By | Sequence No | Date | Time | 25 Reviewer | 26 Referred To |

**REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK**

| SUPPLEMENT REPORT<br>Form 04/007<br>1160-25-23 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | 1 Crime / Incident ARSON | Attempt ☐ | Complaint Number 112H03606 |
|---|---|---|---|---|
| ☑ Continuation ☐ Follow Up | | 3 Location of Offense / Incident (Street Address, Zip) 1501 S. CLINTON ST. 21224 | Page 3 of 3 | |

| Person ☐ | Property ☑ | Miscellaneous ☐ | Vehicle ☐ | Missing Person ☐ | Custody ☐ | 4 Date / Time of This Report 8 AUG, 11  0909 | 5 Arrest / Custody Number 11290406 |

| 6 Unit 2B31 | 7 Post of Occurrence 231 | 8 Reporting Area | 9 Street Code | 10 CAD Number 0606 | 11 Original Report Date / Time #4 | 12 Offense / Incident Changed From |
|---|---|---|---|---|---|---|

| 13 Case Status: ☐ Open ☑ Closed | 14 Multiple Clearance: ☐ Yes ☑ No | 15 Case Disposition: ☑ Cleared ☐ Not Cleared | Explain | 16 Follow-up: ☐ Yes ☑ No | 17 Crime Code | 18 Upper Classification |

| 19 Complainant / Name (Last, First, MI), or Firm Name if Business Victim COPT | Residence / Address (Include City, County, State, Zip) 1501 S. CLINTON ST.  21224 | Sex | Race | Age | DOB |

20 Copies Forwarded To    ASU   PIR

**Cont'd Sections / Narrative:**

ROOM WHILE THEY WERE INSIDE.

WHILE DETECTIVE FRANCIS WAS CONDUCTING HER PRELIMINARY INVESTIGATION, SHE IDENTIFIED THE SUSPECT, MARIA MAHMOOD AND TOOK HER INTO CUSTODY. HER BLUE BAG WAS RECOVERED AND INCIDENT TO ARREST WAS SEARCHED. INSIDE THE BAG WAS A SMALL BAGGIE WITH WHITE PAPER INSIDE. ALSO INSIDE THAT BAGGIE WAS A PIECE OF TWINE IDENTICAL TO THE PIECE FOUND BURNING INSIDE THE LADY'S ROOM. ALSO RECOVERED FROM THE BLUE BAG WAS A BIC DISPOSABLE LIGHTER. THE INTERIOR OF THE BAG REAKED OF AN IGNITABLE LIQUID COMMONLY ASSOCIATED WITH GASOLINE.

Continued ☐

21  I affirm and declare that the statements above are true to the best of my knowledge:    Reporting Person's Signature    Date

| 22 Reporting Officer Name (PRINT CLEARLY) DET. FRANCIS | Sequence No. F013 | Assignment SED | Signature |
| 23 Approving Supervisor Rank and Name | Sequence No. | Assignment | Signature |
| 24 RMS Data Entered By | Sequence No. | Date | Time | 25 Reviewer | 26 Referred To |

**REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK**