# EXHIBIT 5



**USMLE**
United States Medical Licensing Examination ®

Secretariat:
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9470
www.usmle.org

**Via Email and Fed Ex**
**Personal and Confidential**

August 24, 2011

Maria Mahmood
14717 Exbury Lane
Laurel, MD 20707

USMLE ID#: 5-166-839-0

Dear Ms. Mahmood:

Individuals who proctor the USMLE are instructed to report any incident of possible irregular behavior that occurs in connection with the administration of the examination. In reference to your August 8, 2011 USMLE Step 1 test administration, the National Board of Medical Examiners (NBME) received from proctors at the Prometric Test Center in Baltimore, Maryland, where you tested, a report that you were observed attempting to light a fire in the bathroom of the testing center. Authorities were called and you were removed from the premises.

Examinees are advised in the USMLE *Bulletin of Information* that irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process. The *Bulletin* further explains that disruptive or unprofessional behavior at a test center constitutes irregular behavior. In addition it advises examinees that evidence of violation of any test administration rule will result in actions being taken under USMLE policies and procedures on irregular behavior.

On the basis of the report from the proctors and the rules regarding conduct during examinations, there is reason to believe that you may have engaged in irregular behavior. I am enclosing herein a copy of the "*United States Medical Licensing Examination (USMLE) Policies and Procedures Regarding Irregular Behavior.*"

As explained in these materials, all pertinent information will be reviewed by the USMLE Committee for Individualized Review (formerly known as the USMLE Committee on Irregular Behavior). As explained in Procedure #5, you may submit an explanation and/or any other relevant information you wish the Committee to consider when it reviews this matter. Please forward any such information to me to arrive in my office by **October 12, 2011** for distribution to the Committee for Individualized Review before its meeting on October 26, 2011. You also have the opportunity to appear personally before the Committee. Please let me know by **October 12, 2011** whether or not you wish to appear personally before the Committee.

Additionally, you will not be permitted to take any USMLE exams until this matter has been reviewed. This includes the Step 2 CS which you were scheduled to take this Friday, August 26, 2011. **Your August 26, 2011 appointment at the Philadelphia CS center has been cancelled and your Step 2 CS application fee refunded.**

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners*®

  Federation of State Medical Boards of the U.S., Inc.
400 Fuller Wiser Road, Suite 300
Euless, TX 76039
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org

  National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

Maria Mahmood
August 24, 2011
Page 2 of 2

If you have any questions about this matter, please do not hesitate to contact me at USMLESec@nbme.org.

Sincerely,

Amy Buono
Office of the USMLE Secretariat

Enclosure: *USMLE Policies and Procedures Regarding Irregular Behavior*

## Amy Buono

**From:** Amy Buono
**Sent:** Friday, August 26, 2011 3:16 PM
**To:** mmahmo4@gmail.com
**Subject:** FW: Mahmood - USMLE Committee for Individualized Review
**Attachments:** Mahmood.CIR.PDF; USMLE Policies and Procedures on Irr Beh.pdf

Dear Ms. Mahmood:

An error was made in the letter I sent to you on Wednesday, August 24, 2011. I noted that the exam you took on August 8 was USMLE Step 1 when in fact it was USMLE Step 2 CK. I apologize for the mistake.

Sincerely,

Amy Buono
Office of the USMLE Secretariat
National Board of Medical Examiners
3750 Market St
Philadelphia, PA 19104
email: USMLESec@nbme.org
phone: (215) 590-9877
fax: (215) 590-9470

