# EXHIBIT 6

October 10, 2011

**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104**

Re: Your letter USMLE ID#: 5-166-839-0.

Dear Ms. Buono,

    I received your letter notifying me that my appointment at the Philadelphia CS center was cancelled, that USMLE is refunding my application fee, and that I should submit an explanation to the Committee for Individualized Review.

    As you no doubt understand, I am most disappointed. I shall be making a Court appearance in connection with the incident, and my attorney is fairly certain it will ultimately result in a favorable disposition. Unfortunately, the initial hearing is only a day after the date you set for responding to the Committee. My attorney has advised me that since I may be arraigned in connection with this incident, I cannot provide information prior to the Court process being concluded. Would it be possible for the Committee to grant me an extension of time to respond sufficiently in the future that it is likely that the court process will have concluded? Then I should be in a better position to give the committee a full explanation, including a description of the resolution of the Court proceedings.

    I thank you and the Committee for giving consideration to my request.

Yours sincerely,

Maria Mahmood
14717 Exbury Lane
Laurel, MD 20707