# EXHIBIT 9



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

**Business Entity Filing History**

Date: 4/17/2012   (Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| NATIONAL BOARD OF MEDICAL EXAMINERS | Current Name |

### Non-Profit (Non Stock) - Foreign - Information

| | |
|---|---|
| **Entity Number:** | 245315 |
| **Status:** | Active |
| **Entity Creation Date:** | 1/21/1965 |
| **State of Business.:** | DC |
| **Registered Office Address:** | 3750 MARKET ST PHILADELPHIA PA 19104-0 Philadelphia |
| **Mailing Address:** | No Address |



Home

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement