IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA MAHMOOD<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONAL BOARD<br>OF MEDICAL EXAMINERS<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 2:12-CV-01544-PD |

**STIPULATION FOR EXTENSIONS OF TIME TO RESPOND TO MOTIONS**

Plaintiff Maria Mahmood, through her attorney William C. Reil, Esquire, and defendant National Board of Medical Examiners, through its attorneys Neil J. Hamburg, Esquire and Michael E. Sacks, Esquire, stipulate as follows:

1. Plaintiff may have an extension, until May 25, 2012, to answer the Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative for Summary Judgment under Fed. R. Civ. P. 56.

2. Defendant may have an extension, until May 10, 2012, to answer the Motion for Preliminary Injunction.

_____
Neil J. Hamburg
Michael E. Sacks
HAMBURG & GOLDEN, P.C.
1601 Market Street,
Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590

Attorneys for Defendant
National Board of Medical
Examiners

_____
William C. Reil, Esquire
42 S. 15th Street
Suite 210
Philadelphia PA 19102
(215) 564-1635

Attorney for Plaintiff
Maria Mahmood

4/30/12