


IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA MAHMOOD<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD<br>OF MEDICAL EXAMINERS<br><br>      Defendants. | CIVIL ACTION<br><br>NO. 2:12-CV-01544-PD |

### CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE

I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including a trial, and order the entry of final judgment.

_Michael Sacks_  
Neil J. Hamburg  
Michael E. Sacks  
HAMBURG & GOLDEN, P.C.  
1601 Market Street,  
Suite 3310  
Philadelphia, PA 19103-1443  
(215) 255-8590  

Attorneys for Defendant  
National Board of Medical Examiners  

_William C. Reil_  
William C. Reil, Esquire  
42 S. 15th Street  
Suite 210  
Philadelphia PA 19102  
(215) 564-1635  

Attorney for Plaintiff  
Maria Mahmood  
4/30/12