**WILLIAM C. REIL**
ATTORNEY AT LAW
42 S. 15TH STREET, SUITE 210
PHILADELPHIA, PA 19102

(215) 564-1635
Fax (215) 564-4292

April 30, 2012

**FILED**
MAY -1 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

The Honorable Paul S. Diamond
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106

    Re:    Maria Mahmood v. National Board of Medical Examiners
            USDC 2:12-cv-01544-PD
            **Motion for Injunction**

Dear Judge Diamond:

Please be advised that I represent plaintiff Maria Mahmood in the above-captioned case. On 04/19/12, plaintiff filed a motion for a preliminary and/or permanent injunction, which has been served upon opposing counsel. I would request a hearing on the motion as soon as it is convenient. I also wish to advise the Court that I understand that the parties will be stipulating to have the case heard by a Magistrate Judge.

Respectfully,

*Bill Reil*
William C. Reil

WCR/lf(MAHMOOD/Judge043012)

cc:    Neil J. Hamburg, Esquire
       Maria Mahmood