IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA MAHMOOD,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NATIONAL BOARD OF** | : | No. 12-1544 |
| **MEDICAL EXAMINERS,** | : | |
| Defendant. | : | |
| | : | |

### ORDER

AND NOW, this **7th** day of **May, 2012**, after speaking with both parties this morning by telephone conference, it is hereby ORDERED that the Defendant shall respond to the Plaintiff's Motion for Preliminary Injunction (doc. 4) no later than May 25, 2012.

BY THE COURT:

 /s/ Timothy R. Rice
TIMOTHY R. RICE
UNITED STATES MAGISTRATE JUDGE