# EXHIBIT 3

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111245002**   Case Status: **CLOSED**
Status Date: **01/13/2012**
Tracking Number: **116105243192**   Complaint No: **2H03605**
District Case No: **5B02131722**
Filing Date: **09/02/2011**   Incident Date: **08/08/2011**

## Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE**   Sex: **FEMALE**
DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**   State: **MD**   Zip Code: **20707**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **1 6500**
Description: **ARSON - FIRST DEGREE**
Disposition: **NOLLE PROSEQUI**
Disposition Date: **01/13/2012**

## Bail and Bond Information

Bail Amount: **$10000**   Bail Number: **33031**
Set Date: **08/24/2011**   Release Date: **01/13/2012**   Bail Set Location: **DC**
Release Reason: **SATISFIED**
Bond Type: **CASH**

Bail Bondsman: **MAHMOOD, ANWAR**
Street: **14717 EXBURY LANE**
City: **LAUREL**   State: **MD**   Zip: **20707**

## Related Person Information

Name: **KADISH, CRAIG M**
Connection: **DEFENSE ATTORNEY**
Address: **11 E LEXINGTON ST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Case Information                                                                 Page 2 of 2

Name: **GREENE, SHARI**
Connection: **ASST STATES ATTORNEY**
Address: **454 CTHOUSE WEST**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name: **VOGT, EDWARD M**
Connection: **POLICE OFFICER**
Address: **DET DIV ARSON UNIT**

Name: **FRANCIS, LORETTA L**
Connection: **POLICE OFFICER**
Address: **SOUTHEASTERN DISTRICT**

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| CASI | 09/02/2011 | CASE ADDED THROUGH ON-LINE ON THIS DATE 20110906 |
| MOTF | 09/28/2011 | MOTION FOR SPEEDY TRIAL |
| MOTF | 09/28/2011 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 09/28/2011 | REQUEST FOR DISCOVERY |
| MOTF | 09/28/2011 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 09/28/2011 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 09/28/2011 | DEMAND FOR CHEMIST |
| FILE | 09/28/2011 | FILED ADF - KADISH, CRAIG M , ESQ 424615 |
| HCAL | 10/05/2011 | P12;0930;434 ;ARRG; ;CONT; ;PETERS, CHARLES;8E3 |
| TRAK | 10/13/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 10/13/2011 |
| HCAL | 10/13/2011 | P12;0200;434 ;RARR;HR;GRNT; ;PETERS, CHARLES;8E3 |
| HCAL | 12/12/2011 | P45;1100;600 ;JT ; ;POST;DIV;HEARD, WANDA KE;8B7 |
| HWNO | 12/12/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/13/2012 | P45;0200;231 ;JT ;NP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 01/13/2012 | CASE CLOSED - NOLLE PROSEQUI - Q327 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111245003**   Case Status: **CLOSED**
Status Date: **01/13/2012**
Tracking Number: **116105243192**   Complaint No: **2H03605**
District Case No: **5B02131722**
Filing Date: **09/02/2011**   Incident Date: **08/08/2011**

## Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE**   Sex: **FEMALE**
DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**   State: **MD**   Zip Code: **20707**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **1 1425**
Description: **RECKLESS ENDANGERMENT**
Disposition: **NOLLE PROSEQUI**
Disposition Date: **01/13/2012**

## Bail and Bond Information

Bail Amount: **$10000**   Bail Number: **33031**
Set Date: **08/24/2011**   Release Date: **01/13/2012**   Bail Set Location: **DC**
Release Reason: **SATISFIED**
Bond Type: **CASH**

Bail Bondsman: **MAHMOOD, ANWAR**
Street: **14717 EXBURY LANE**
City: **LAUREL**   State: **MD**   Zip: **20707**

## Related Person Information

Name: **KADISH, CRAIG M**
Connection: **DEFENSE ATTORNEY**
Address: **11 E LEXINGTON ST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name: **GREENE, SHARI**
Connection: **ASST STATES ATTORNEY**
Address: **454 CTHOUSE WEST**
City: **BALTIMORE** State: **MD** Zip Code: **21202**

Name: **VOGT, EDWARD M**
Connection: **POLICE OFFICER**
Address: **DET DIV ARSON UNIT**

Name: **FRANCIS, LORETTA L**
Connection: **POLICE OFFICER**
Address: **SOUTHEASTERN DISTRICT**

**Event History Information**

| Event | Date | Comment |
| --- | --- | --- |
| CASI | 09/02/2011 | COPIED FROM 111245002 THRU Q348 ON 09/06/2011 BY SCB |
| MOTF | 09/28/2011 | MOTION FOR SPEEDY TRIAL |
| MOTF | 09/28/2011 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 09/28/2011 | REQUEST FOR DISCOVERY |
| MOTF | 09/28/2011 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 09/28/2011 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 09/28/2011 | DEMAND FOR CHEMIST |
| FILE | 09/28/2011 | FILED ADF - KADISH, CRAIG M , ESQ 424615 |
| HCAL | 10/05/2011 | P12;0930;434 ;ARRG; ;CONT; ;PETERS, CHARLES;8E3 |
| TRAK | 10/13/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 10/13/2011 |
| HCAL | 10/13/2011 | P12;0200;434 ;RARR;HR;GRNT; ;PETERS, CHARLES;8E3 |
| HCAL | 12/12/2011 | P45;1100;600 ;JT ; ;POST;DIV;HEARD, WANDA KE;8B7 |
| HWNO | 12/12/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/13/2012 | P45;0200;231 ;JT ;NP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 01/13/2012 | CASE CLOSED - NOLLE PROSEQUI - Q327 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

## Circuit Court of Maryland
Go Back

### Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111245004**   Case Status: **CLOSED**
Status Date: **01/13/2012**
Tracking Number: **116105243192**   Complaint No: **2H03605**
District Case No: **5B02131722**
Filing Date: **09/02/2011**   Incident Date: **08/08/2011**

### Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE**   Sex: **FEMALE**
DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**   State: **MD**   Zip Code: **20707**

### Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **3 4030**
Description: **MALT DESTR PROPERTY VALUE +$500**
Plea: **GUILTY**   Plea Date: **01/13/2012**
Disposition: **PROBATION AFTER CONVICTION**
Disposition Date: **01/13/2012**
Verdict: **GUILTY**   Verdict Date: **01/13/2012**
Sentence Starts: **12/29/2011**   Sentence Date: **01/13/2012**
Sentence Time: Yrs: **00**  Mos: **03**  Days: **00**  Confinement: **NC**
Suspended Time: Yrs: **00**  Mos: **02**  Days: **14**
Probation Time: Yrs: **00**  Mos: **03**  Days: **00**  Type: **UnSupervised**

### Bail and Bond Information

Bail Amount: **$10000**   Bail Number: **33031**
Set Date: **08/24/2011**   Release Date: **01/13/2012**   Bail Set Location: **DC**
Release Reason: **SATISFIED**
Bond Type: **CASH**

Bail Bondsman: **MAHMOOD, ANWAR**
Street: **14717 EXBURY LANE**
City: **LAUREL**   State: **MD**   Zip: **20707**

### Related Person Information

Name: **KADISH, CRAIG M**
Connection: **DEFENSE ATTORNEY**
Address: **11 E LEXINGTON ST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name: **GREENE, SHARI**
Connection: **ASST STATES ATTORNEY**
Address: **454 CTHOUSE WEST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name: **VOGT, EDWARD M**
Connection: **POLICE OFFICER**
Address: **DET DIV ARSON UNIT**

Name: **FRANCIS, LORETTA L**
Connection: **POLICE OFFICER**
Address: **SOUTHEASTERN DISTRICT**

## Event History Information

| Event | Date | Comment |
|---|---|---|
| CASI | 09/02/2011 | COPIED FROM 111245002 THRU Q348 ON 09/06/2011 BY SCB |
| MOTF | 09/28/2011 | MOTION FOR SPEEDY TRIAL |
| MOTF | 09/28/2011 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 09/28/2011 | REQUEST FOR DISCOVERY |
| MOTF | 09/28/2011 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 09/28/2011 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 09/28/2011 | DEMAND FOR CHEMIST |
| FILE | 09/28/2011 | FILED ADF - KADISH, CRAIG M , ESQ 424615 |
| HCAL | 10/05/2011 | P12;0930;434 ;ARRG; ;CONT; ;PETERS, CHARLES;8E3 |
| TRAK | 10/13/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 10/13/2011 |
| HCAL | 10/13/2011 | P12;0200;434 ;RARR;HR;GRNT; ;PETERS, CHARLES;8E3 |
| HCAL | 12/12/2011 | P45;1100;600 ;JT ; ;POST;DIV;HEARD, WANDA KE;8B7 |
| HWNO | 12/12/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/13/2012 | P45;0200;231 ;JT ;GP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 01/13/2012 | CASE CLOSED - ALL COUNTS DISPOSED Q326 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Case Information                                                                 Page 1 of 2

DISTRICT COURT OF MARYLAND
Go Back

## Case Information

Court System: **DISTRICT COURT FOR BALTIMORE CITY - CRIMINAL SYSTEM**
Case Number: **5B02131722**  Tracking No: **116105243192**
Case Type: **CRIMINAL**
District Code: **01**  Location Code: **03**
Document Type: **STATEMENT OF CHARGES**  Issued Date: **08/09/2011**
Case Status: **CLOSED**  Case Disposition: **FORWARDED TO CIRCUIT COURT**

## Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE, CAUCASIAN, ASIATIC INDIAN, ARAB**
Sex: **F**  Height: **500**  Weight: **125**  DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**  State: **MD**  Zip Code: **20707 - 0000**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **001**  Description: **ARSON-FIRST DEGREE**
Statute: **CR.6.102.(a)**  Description: **ARSON-FIRST DEGREE**
Amended Date:    CJIS Code: **1 6500**  MO/PLL:    Probable Cause: **X**
Incident Date From: **08/08/2011**  To: **08/08/2011**  Victim Age:

Charge No: **002**  Description: **ARSON 2ND DEGREE**
Statute: **CR.6.103**  Description: **ARSON 2ND DEGREE**
Amended Date:    CJIS Code: **1 6501**  MO/PLL:    Probable Cause: **X**
Incident Date From: **08/08/2011**  To: **08/08/2011**  Victim Age:

Charge No: **003**  Description: **MAL DESTR PROP VALUE + $500**
Statute: **CR.6.301**  Description: **MAL DESTR PROP VALUE + $500**
Amended Date:    CJIS Code: **3 4030**  MO/PLL:    Probable Cause: **X**
Incident Date From: **08/08/2011**  To: **08/08/2011**  Victim Age:

Charge No: **004**  Description: **RECKLESS ENDANGERMENT**
Statute: **CR.3.204.(a)(1)**  Description: **RECKLESS ENDANGERMENT**
Amended Date:    CJIS Code: **1 1425**  MO/PLL:    Probable Cause: **X**
Incident Date From: **08/08/2011**  To: **08/08/2011**  Victim Age:

## Related Person Information

*(Each Person related to the case other than the Defendant is shown)*

Name: **FRANCIS, LORETTA**
Connection: **WITNESS/POLICE OFFICER**
Agency Code: **AD**  Agency Sub-Code: **5902**  Officer ID: **F013**

Name: **MAHMOOD, ANWAR**
Connection: **SURETY**

Address: **14717 EXBURY LN**
City: **LAUREL**  State: **MD**  Zip Code: **20707**

Name: **VOGT, EDWARD**
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **AD**  Agency Sub-Code: **5920**  Officer ID: **C831**

**Event History Information**

| Event | Date | Comment |
| --- | --- | --- |
| DOCI | 08/09/2011 | SC ISSUED 110809 |
| INIT | 08/09/2011 | 110809;00000000.00;HWOB;100; ;1308 |
| CMIT | 08/09/2011 | DEFENDANT COMMITTED;110809;BCJ |
| BALR | 08/09/2011 | 110809;00000000.00;HWOB;100; ;9R2 |
| CMIT | 08/09/2011 | DEFENDANT COMMITTED;110809;BCJ; |
| BOND | 08/24/2011 | 110824;00010000.00;CASH; ; ;100 |
| RELS | 08/24/2011 | DEFENDANT RELEASED FROM COMMITMENT |
| CCNO | 09/06/2011 | 111245002-04;CIRCUIT COURT CASE NO. |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*