# EXHIBIT 10

# About the NBME

Founded in 1915, the National Board of Medical Examiners® (NBME®) is an independent, not-for-profit organization that serves the public through its high- quality assessments of healthcare professionals.

# The United States Medical Licensing Examination® (USMLE®)

The NBME develops and manages the USMLE. While the individual licensing boards grant the license to practice medicine, all medical boards in the US accept a passing score on the USMLE as evidence that an applicant demonstrates the core competencies to practice medicine. As a result, healthcare consumers throughout the nation enjoy a high degree of confidence that their doctors have met a common standard. The NBME and the Federation of State Medical Boards co- sponsor the USMLE, and the Educational Commission for Foreign Medical Graduates is the third collaborator in the USMLE program.

## Other Services

The NBME and the Federation also co-sponsor the Post-Licensure Assessment System, which medical licensing authorities can use to evaluate physicians who are already licensed. A new exam program, the International Foundations of Medicine, extends the concept of common standards to an international arena.

Medical specialty boards, other healthcare professions, and academic institutions call on the NBME to develop customized assessments, while online assessments help students and professionals identify their own strengths and weaknesses. Organizations can draw on the NBME's expertise as consultants for their own assessment programs, test administration, and scoring.

# NBME Mission

To protect the health of the public through state of the art assessment of health professionals. While centered on assessment of physicians, this mission encompasses the spectrum of health professionals along the continuum of education, training and practice and includes research in evaluation as well as development of assessment instruments.

- Contact Us
- Sitemap
- Resources

- Privacy Policy
- Download Adobe Reader



© 2012 National Board of Medical Examiners®
All Rights Reserved.