# EXHIBIT 11A

CURRICULUM VITAE                                      May 2012

Gerard F. Dillon, Ph.D.

Business Address

| | | |
|---|---|---|
| National Board of Medical Examiners | Telephone: | (215) 590-9743 |
| 3750 Market Street | FAX: | (215) 590-9470 |
| Philadelphia, PA  19104 | E-mail: | gdillon@mail.nbme.org |

Education

    Ph.D., Educational Psychology, Temple University, 1992
    M.Ed., Educational Psychology, Temple University, 1980
    B.A., Psychology, LaSalle College, 1973

Employment History

    Vice President United States Medical Licensing Examination (USMLE)
    National Board of Medical Examiners (NBME), 2008 to present

        Responsible for coordination of USMLE activities at the NBME, including implementation and coordination of USMLE policies, development of an appropriate program design, composition and activities of test committees, development of a research agenda, and liaison with external groups.  USMLE is the licensure examination sequence that is required of all physicians who are seeking an initial license to practice allopathic medicine in one of the US licensing jurisdictions.

    Associate Vice President USMLE, NBME, 2001 to 2007

    Director, USMLE Step 3, NBME, 1997 to 2001

    Senior Psychometrician, NBME, 1980 to 2001

    Psychometric Associate, NBME, 1976 to 1980

    Psychometric Technician, NBME, 1974 to 1976

    Adjunct Faculty, Psychological Studies in Education, Temple University, 1995 to 1997

Professional Organizations

    Membership in:    American Educational Research Association, (AERA)
                                     National Council on Measurement in Education (NCME)
                                     Society for Simulation in Healthcare (SSH)
                                     Administrators in Medicine (AIM)
                                     International Association of Medical Regulatory Authorities (IAMRA)

Selected Presentations and Publications

    Dillon, G.F., Henzel, T.R. and LaDuca, A. (1989). *The Use of Relative-Absolute Compromise Techniques in the Standard Setting Process*. Paper presented at the Annual Meeting of the National Council on Measurement in Education, April, San Francisco.

    Dillon, G.F., Postell, L.E. and Henzel, T.R. (1990). *Using Scrambled Test Forms to Discourage Cheating Behavior - Practical Implications for Test Equating*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Boston.

    Dillon, G.F. (1990). *The Relationship of Item Position and Angoff-Based Standard Setting Judgments*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Boston.

    Dillon, G.F., Nungester, R.J. and LaDuca, A. (1990). *The Relationship of Test Item Content and Format to Angoff Based Standard Setting Judgments - Alerting Judges to Potential Problems*. Paper presented at the Annual Meeting of the National Council on Measurement in Education, April, Boston.

    Swanson, D.B., Dillon, G.F. and Postell, L.E. (1990). Setting Content-Based Standards for National Board Exams: Initial Research for the Comprehensive Part I Examination. *Academic Medicine September Supplement 1990: Proceedings of the Twenty-Ninth Annual Research in Medical Education Conference*, 65(9), S17-S18.

    Dillon, G.F. and Ross, L.P.(1991). *The Effect of Targeting Test Questions at the Minimum Pass Point: Practical Considerations and Implications*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

    Dillon, G.F., Swanson, D.B., Kelley, P.R., Nungester, R.J. and Powell, R.D.(1991). *Retention of Basic Science Information by Fourth-Year Medical Students*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

    Clyman S.G., Julian E.R., Orr N.A., Dillon G.F., Cotton K.E.(1991). Continued research on computer-based testing. In Clayton PD (ed): *Proceedings of the Fifteenth Annual Symposium on Computer Applications in Medical Care*. New York, McGraw-Hill, Inc., pp 742-746.

Dillon, G.F. and Clyman, S.G. (1992). The computerization of Clinical Science Exams and Its Effect on Performance of Third-Year Medical Students. *Academic Medicine September Supplement 1992: Proceedings of the Thirty-First Annual Research in Medical Education Conference*, 67(10), S76.

Dillon, G.F., Henzel, T.R., Klass, D.J., LaDuca, A., and Peskin, E.(1993). *Presenting Test Items Clustered Around Patient Cases - Psychometric Concerns and Practical Implications for a Medical Licensure Program*. Paper presented at the Annual Meeting of the American Education Research Association, April, Atlanta.

Dillon, G.F., Swanson, D.B., Nungester, R.J., Peskin, E., and Ross, L.P.(1993). *A System for Training Standard Setting Judges Using Repeated Exercises, Questionnaires, and Unique Data Formats*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Atlanta.

Dillon, G.F.(1994). Setting Standards on Written Examinations. In Mancall, EL, Bashook, PG, and Dockery,JL (eds.): *Establishing Standards for Board Certification*. Evanston, American Board of Medical Specialties, pp. 41-45.

Dillon GF, Henzel TR, LaDuca A, Walsh, WP(1995). *The Influence of Type of Residency Training and Gender on an Examination for Medical Licensure*. Paper presented at the Annual Meeting of the American Educational Research Association, April, San Francisco.

Dillon GF, Sample LA, Case SM(1995). *Using Critical Items to Validate the Standard on an Examination for Medical Licensure*. Poster presentation at the 34th Annual Research in Medical Education Conference of the Association of American Medical Colleges, October, Washington DC.

Dillon, GF(1996). *A sampler of past directions and current happenings in licensure and certification: Physician licensure*. Presentation at the Annual Meeting of the American Educational Research Association, April, New York.

Dillon, GF, Henzel TR, and Walsh WP(1996). *The impact of item set configuration on examinee response patterns*. A paper presented at the Annual Meeting of the American Educational Research Association, April, New York.

Dillon, GF(1996). The Expectations of Standard Setting Judges. *CLEAR Exam Review*, 7(2), 22-26.

Leone-Perkins ML, Dillon GF, Walsh, WP(1996). Examinee perceptions of the usefulness of performance feedback on an examination for medical licensure. Proceedings of the Thirty-fifth Annual Conference of Research in Medical Education. *Academic Medicine*, 1996, 71(10), S88-S90.

Swanson DB, Case SM, Luecht, RM, and Dillon, GF(1996). *Retention of basic science information by 4th-year medical students*. Proceedings of the Thirty-fifth Annual Conference of Research in Medical Education. *Academic Medicine*, 1996, 71(10), S80-S82.

Dillon GF, Marcus LA, and Walsh WP(1997). *Preparing to repeat the USMLE Step 3 examination: The usefulness of test performance feedback.* Proceedings of the Thirty-sixth Annual Conference of Research in Medical Education. *Academic Medicine*, 1997, 72(10), S94-S96.

Dillon GF, Henzel TR, and Walsh WP(1997). The Impact of postgraduate training on an examination for medical licensure. In Scherpbier, AJJA, van der Vleuten CPM, Rethans JJ, van der Steeg AFW, eds.: *Advances in Medical Education*, Kluwer Academic Publishers, 146-148.

Dillon, GF(1998). Testing and Measurement Issues: The Role of Survey Data in a Testing Program. *CLEAR Exam Review*, 9(1), 20-22.

Dillon GF and Walsh WP(1998). *Standard setting judges perceptions on the use of performance data to guide their decisions.* A paper presented at the Annual Meeting of the National Council on Measurement in Education, April, San Diego.

Dillon GF, Case SM, Melnick DE, Nungester RJ, and Swanson DB(1998). Setting standards on the United States Medical Licensing Examination. *Proceedings of the Eighth International Ottawa Conference.* Philadelphia, PA: National Board of Medical Examiners; *CD-ROM.*

Dillon GF, and Henzel TR(1999). *The relationship between amount of postgraduate training and performance on a physician licensing examination.* A paper presented at the Annual Meeting of the American Education Research Association, April, Montreal.

Dillon GF and Walsh WP (2000). Using performance data to set standards: Practical impact and the perception of judges. *CLEAR Exam Review,* 11(1), 15-18.

Johnson D, Dillon GF, and Henzel TR (2000). The Post Licensure Assessment System. *The Journal of Medical Licensure and Discipline*, 86(3), 116-122.

Dillon GF (2000). *Technological Innovations and Issues in Testing.* Presentation at the Annual Conference of the Council on Licensure, Enforcement, and Regulation (CLEAR), September, Miami.

Dillon GF, Clyman SG, Clauser BE, Margolis MJ. The introduction of computer-based case simulations into the United States Medical Licensing Examination. *Academic Medicine*. 2002;77:S94-96.

Melnick DE, Dillon GF, Swanson DB. Medical licensing examinations in the United States. *Journal of Dental Education*. 2002;66:595-599; discussion 610-611.

Sawhill AJ, Dillon GF, Ripkey DR, Hawkins RE, Swanson DB. The impact of postgraduate training and timing on USMLE Step 3 performance. *Academic Medicine*. 2003;78(10 Suppl):S10-12

Cuddy MM, Dillon GF, Clauser BE, Holtzman KZ, Margolis MJ, McEllhenney SM, Swanson DB (2004). Assessing the validity of the USMLE Step 2 clinical knowledge examination through an evaluation of its clinical relevance. *Academic Medicine*, 79(10 Suppl):S43-45.

De Champlain AF, Winward M, Dillon GF, De Champlain JE (2004). Modeling passing rates on a computer-based medical licensing examination: an application of survival data analysis, *Educational Measurement: Issues and Practice* 23(3): 15-22.

Dillon GF, Clauser BE, Hawkins RE, Swanson DB (2004). Building a validity argument for a medical licensing examination. Paper presented at the Eleventh International Ottawa Conference on Medical Education and Assessment, July, Barcelona, Spain.

Dillon GF (2004). Cultural competence and the USMLE. Presentation at the National Hispanic Medical Association Conference on the Current State of Evaluating Linguistic and Cultural Competence Programs, September, Washington, DC.

Dillon GF, Boulet JR, Hawkins RE, Swanson DB. Simulations in the United States Medical Licensing Examination (USMLE). *Quality & Safety in Health Care.* 2004;13 Suppl 1:i41-i45.

Swygert KA, Muller ES, Clauser BE, Dillon GF, Swanson DB (2004). The impact of timing changes on examinee pacing on the USMLE Step 2 exam. *Academic Medicine*, 79(10 Suppl):S52-54.

Swanson DB, Lazarus CJ, Dillon GF, Melnick DE (2005). Coverage of the Behavioral and Social Sciences on the United States Medical Licensing Examination (USMLE). *Annals of Behavioral Science and Medical Education,* 11(1): 30-36.

Dillon GF, Scoles PV. An Examination of Clinical Skills in the United States Medical Licensing Examination (USMLE). *ACGME Bulletin.* December, 2005:16.

Harik P, Clauser BE, Grabovsky I, Margolis MJ, Dillon GF, Boulet JR. Relationships among subcomponents of the USMLE Step 2 Clinical Skills examination, the Step 1, and the Step 2 Clinical Knowledge examinations. *Academic Medicine*, 81(10 Suppl): S21-S24.

Cuddy MM, Swanson DB, Dillon GF, Holtman MC, Clauser BE (2006). A multilevel analysis of the relationships between selected examinee characteristics and United States Medical Licensing Examination Step 2 Clinical Knowledge performance: Revisiting old findings and asking new questions. *Academic Medicine*, 81(10 Suppl): S103-S107.

DeChamplain A, Sample L, Dillon GF, Boulet JR (2006). Modeling longitudinal performance on the United States Medical Licensing Examination and the impact of sociodemographic covariates: an application of survival data analysis. *Academic Medicine*, 81(10 Suppl): S108-S111.

Dillon GF, Clauser BE, Hawkins RE, Swanson DB (2006). Validity and the Medical Licensing Examination. International Association of Medical Regulatory Associations, 7th Conference on Medical Regulation, November, Wellington, New Zealand.

Ramineni C, Harik P, Margolis MJ, Clauser BE, Swanson DB, Dillon GF. Sequence effects in the United States Medical Licensing Examination (USMLE) Step 2 Clinical Skills (CS) Examination. *Academic Medicine.* 2007;82(10 Suppl):S101-S104

Dillon GF, Melnick DE. The Value and Price of Performance Assessment. International Conference on Medical Regulation; October 2008; Cape Town, South Africa.

Berg K, Winward M, Clauser BE, Veloski JA, Berg D, Dillon GF, Veloski JJ . The relationship between performance on a medical school's clinical skills assessment and USMLE Step 2 CS. *Academic Medicine.* 2008;83(10 Suppl):S37-S40.

Gilliland WR, La Rochelle J, Hawkins RE, Dillon GF, Mechaber AJ, Dyrbye L, Papp KK, Durning SJ. Changes in clinical skills education resulting from the introduction of the USMLE step 2 clinical skills (CS) examination. *Medical Teacher.* 2008;30:325-7.

Boulet JR, Smee SM, Dillon GF, Gimpel JR. The use of standardized patient assessments for certification and licensure decisions. *Simulation in Healthcare: Journal of the Society for Simulation in Healthcare.* 2009;4:35-42

Dillon GF, Clauser BE. Computer-delivered patient simulations in the United States Medical Licensing Examination (USMLE). *Simulation in Healthcare: journal of the Society for Simulation in Healthcare.* 2009;4:30-34

Clauser BE, Mee JM, Baldwin SG, Margolis MJ, Dillon GF. Judges' use of examinee performance data in an Angoff standard-setting exercise for a medical licensing examination: an experimental study. *Journal of Educational Measurement.* 2009;46:390-407.

Margolis MJ, Clauser BE, Winward M, Dillon GF. Validity evidence for USMLE examination cut scores: results of a large-scale survey. *Academic Medicine.* 2010;85(Suppl 10):S93-S97.

Morrison C, Ross LP, Fogle T, Butler A, Miller JG, Dillon GF. Relationship between performance on the NBME Comprehensive Basic Sciences Self-Assessment and USMLE Step 1 for U.S. and Canadian medical school students. *Academic Medicine.* 2010;85(Suppl 10):S98-S101.

Feinberg RA, Swygert KA, Haist SA, Dillon GF, & Murray CT (2012). The impact of postgraduate training on USMLE Step 3 and its Computer-based Case Simulation component. *Journal of General Internal Medicine, 27*(1), 65-70.