# EXHIBIT 11B



USMLE Requirements of U.S. Medical Schools