# EXHIBIT 11B


