# EXHIBIT 12A

# *Catherine Farmer, PsyD*

Work:  215-590-9700
cfarmer@nbme.org

---

## EDUCATION

| | | | |
|---|---|---|---|
| PsyD | Immaculata University   (APA approved)<br>Immaculata, Pennsylvania | Clinical Psychology | 2004 |
| MS | Saint Joseph's University<br>Philadelphia, Pennsylvania | Health Education | 1993 |
| BS | Neumann College<br>Aston, Pennsylvania | Biology | 1985 |

## PROFESSIONAL EXPERIENCE

### *INDEPENDENT CONSULTANT*

*9/05 – 8/06*   Reviewed requests for test accommodations and supporting documentation of mental disorder/disability.  Made recommendations to testing agency regarding appropriate test accommodations based on individual's functional impairment as defined by the Americans with Disabilities Act (ADA).

### *ADMINISTRATIVE/MANAGEMENT*

National Board of Medical Examiners (NBME), Philadelphia, PA

9/06 - present   ***Director, Disability Services***
***ADA Compliance Officer, Testing Programs***
Oversee the Office of Disability Services.  Supervise exempt and nonexempt staff.  Develop policies, procedures, and best practices to ensure the timely processing of requests for test accommodations.  Develop and manage unit budget.  Review examinee requests for test accommodations and supporting documentation of disability. Consult with experts in physical and mental impairments.  Determine appropriate accommodations based on functional impairments as defined by the ADA.  Make decisions and recommendations for approval of accommodations for United States Medical Licensing Examination (USMLE).  Communicate with examinees regarding the outcome of their request for accommodations.

8/04 - 8/05   ***Case Manager, Disability Services***
Reviewed requests for test accommodations for the USMLE and supporting documentation of disability.   Communicated NBME/USMLE policy and documentation guidelines to examinees, evaluators, and medical school personnel.  Prepared custom written correspondence to examinees communicating the status and outcome of their requests for accommodation.

5/01 - 8/04   ***Special Assistant (part-time)***
Assisted with special projects and programs as needed to support the goals and objectives of the Division of Examinee Support Services.  Assisted Disability Services staff with review of examinee requests for test accommodations and documentation of disability.  Prepared custom written correspondence to examinees communicating the status and outcome of their requests for accommodation.

Catherine Farmer, PsyD
Page 2 of 3

1/95 - 5/01     **_Assistant Manager, Test Administration_**
Managed daily operation of the test administration unit including supervision of four exempt staff members. Prepared and monitored annual budget. Communicated policies and procedures regarding delivery of the NBME Certification Examination and the USMLE to examinees, medical school officials, hospital staff, medical licensing authorities and the public. Supervised the investigation and resolution of problems and irregularities regarding computer based test delivery of USMLE. Communicated the outcome/resolution of investigations to examinees.

1/93 - 12/94     **_Test Center Coordinator_**
Assessed compliance with NBME/USMLE test administration procedures at over 200 national test centers. Conducted test center site visits; evaluated test center facilities and staff. Planned, developed and conducted on-site proctor training. Established new test centers, negotiated and monitored vendor service agreements.

**_PROJECT MANAGEMENT_**

8/88 - 1/93     **_Project Coordinator_**
Coordinated a collaborative research project between the NBME and the National Council of State Boards of Nursing, Inc. (NCSBN) to develop computer simulations for testing competence in nursing practice.

8/86 - 1/93     **_Computer Based eXamination (CBX) Analyst_**
Assisted with development of NBME computer-based simulations for testing competence in medical practice.

**_TEACHING_**

9/05 - 8/06     **_Postdoctoral Fellowship: Primary Care Family Psychology_**
University of Rochester, School of Medicine and Dentistry, Rochester, New York
Department of Medicine, Highland Hospital

**_CLINICAL PSYCHOLOGY TRAINING_**

    **_Postdoctoral Fellowship: Primary Care Family Psychology_**
9/05 - 8/06     University of Rochester, School of Medicine and Dentistry, Rochester, New York
Department of Psychiatry, Strong Memorial Hospital

    **_Predoctoral Internship_**
7/03 - 8/04     The Renfrew Center, Philadelphia, Pennsylvania

    **_Clinical Practica_**
9/01- 6/03     Bryn Mawr Rehab Hospital, Malvern, Pennsylvania
            Psychology Department
            Pain Management Program

5/01 - 8/01     Children's Crisis Treatment Center, Philadelphia, Pennsylvania
            Psychological Assessment

Catherine Farmer, PsyD
Page 3 of 3

*CLINICAL NURSING EXPERIENCE*

| | |
|---|---|
| 1991 - 95<br>2001 - 02 | Bayada Nurses, Media, Pennsylvania<br>*Licensed Practical Nurse (LPN) (temporary part-time):* Home Care Nursing |
| 6/88 - 10/91 | Western Medical Services, Media, Pennsylvania<br>*LPN (temporary part-time):* Home Care Nursing |
| 1977 - 86 | Mercy Catholic Medical Center, Darby, Pennsylvania (Mercy Fitzgerald Hospital)<br>*LPN:* Cardiac Step-Down/Telemetry Unit, Surgical Intensive Care/Coronary Care Unit, Operating Room, Medical Intensive Care Unit, General Medical Unit |
| 1975 - 77 | St. Francis Country House (Skilled Nursing Facility), Darby, Pennsylvania<br>*LPN:* Charge nurse |

## PROFESSIONAL MEMBERSHIPS

American Psychological Association (APA)

## PROFESSIONAL LICENSURE

New York Licensed Practical Nurse: 280758

## VOLUNTEER EXPERIENCE

Certified Tutor: Literacy Volunteers of Gloucester County