**EXHIBIT "A"**



William Reil <billreil@gmail.com>

# Fwd: FW: Your Step 2 CK Scheduling Permit
1 message

**anwar mahmood** <arc14717@gmail.com>　　　　　　　　　Mon, Jun 11, 2012 at 9:00 PM
To: William Reil <billreil@gmail.com>

Hi Bill,
**Please see the e-mail below regarding Technical Problems and not providing Accommodation.**
Anwar Mahmood

---------- Forwarded message ----------
From: **Ms Mahmood** <aamirmd80@hotmail.com>
Date: Mon, Jun 11, 2012 at 8:47 PM
Subject: FW: Your Step 2 CK Scheduling Permit
To: Anwar Mahmood <arc14717@gmail.com>


> Date: Mon, 11 Jun 2012 18:59:49 -0400
> Subject: Fwd: Your Step 2 CK Scheduling Permit
> From: mmahmo4@gmail.com
> To: aamirmd80@hotmail.com
>
> ---------- Forwarded message ----------
> From: Maria Mahmood <mmahmo4@gmail.com>
> Date: Wed, Feb 23, 2011 at 1:32 PM
> Subject: Fwd: Your Step 2 CK Scheduling Permit
> To: Naveeda Mahmood <aamirmd80@hotmail.com>
>
>
> USMLE # 5-166-839-0
>
> Dear Ms. Mahmood:
>
> We understand that a technical problem prevented you from taking the
> USMLE Step 2 CK examination on February 16, 2011.  We are very sorry
> that you experienced this difficulty and have made arrangements to
> provide you with a new Step 2 CK Scheduling Permit.  You may access
> your new permit by logging into your NBME account.  Please discard
> your initial Scheduling Permit because the scheduling number and CIN
> (Candidate Identification Number) are no longer valid.
>
> Within a few days, you will receive a second notification via e-mail
> that your Scheduling Permit is available for the exam.  You can use
> the link included in that e-mail to access your Scheduling Permit if
> you have not already done so by that time. The e-mail will be from
> usmlereg@nbme.org.
>
> Please follow the directions listed on the permit to schedule your new
> exam at a Prometric Test Center in the United States. Your Step 2 CK
> eligibility period has been extended through May 31, 2011 free of

> charge.  You will need to bring the permit, along with an unexpired,
> government-issued photo ID with signature, for admission to the
> examination.
>
> Feel free to contact me if you have any questions.
>
> Sincerely,
>
> Marian D. Proctor
> Test Administration Specialist, USMLE
> National Board of Medical Examiners
> 3750 Market Street
> Philadelphia, PA  19104
> Phone:  (215) 590-9725
> Fax:  (215) 590-9457
> E-mail:  testadmin@nbme.org



William Reil <billreil@gmail.com>

# Fwd: FW: Step 2 CK CIN problem

1 message

**anwar mahmood** <arc14717@gmail.com>                    Mon, Jun 11, 2012 at 9:03 PM
To: William Reil <billreil@gmail.com>

Hi Bill,
Below is another CIN problem with Testing.
Anwar

---------- Forwarded message ----------
From: **Ms Mahmood** <aamirmd80@hotmail.com>
Date: Mon, Jun 11, 2012 at 8:45 PM
Subject: FW: Step 2 CK CIN problem
To: Anwar Mahmood <arc14717@gmail.com>


> Date: Mon, 11 Jun 2012 19:00:09 -0400
> Subject: Fwd: Step 2 CK CIN problem
> From: mmahmo4@gmail.com
> To: aamirmd80@hotmail.com
>
> ---------- Forwarded message ----------
> From: Maria Mahmood <mmahmo4@gmail.com>
> Date: Fri, Feb 18, 2011 at 1:44 PM
> Subject: Fwd: Step 2 CK CIN problem
> To: Naveeda Mahmood <aamirmd80@hotmail.com>
>
>
> ---------- Forwarded message ----------
> From: testadmin <testadmin@nbme.org>
> Date: Fri, Feb 18, 2011 at 12:36 PM
> Subject: RE: Step 2 CK CIN problem
> To: Maria Mahmood <mmahmo4@gmail.com>
>
>
> Dear Ms. Mahmood:
>
> We have received your February 16, 2011 correspondence regarding your
> February 16, 2011 USMLE Step 2 CK examination.  Please allow at least 10
> business days for a review of your concerns. You will be sent a letter
> regarding the outcome of the review once completed.
>
> Any questions regarding the status of the review of your concerns should be
> addressed to the Test Administration Specialist below.  Before contacting
> this person for an update, please allow at least two business days from the
> date of this notification for a preliminary assessment to be conducted.
>
> Marian D. Proctor at (215) 590-9725 or testadmin@nbme.org.
>

> Sincerely,
> Test Administration for USMLE
> National Board of Medical Examiners
> Telephone:  215-590-9700
> Fax:  215-590-9457
> E-mail:  testadmin@nbme.org



# Fwd: FW: Your Step 2 CK scheduling permit

1 message

---

**anwar mahmood** <arc14717@gmail.com>                                    Mon, Jun 11, 2012 at 9:05 PM
To: William Reil <billreil@gmail.com>

Hi Bill,
**Another Tech Problem with Prometric Testing Center and not providing Accommodation.**
**Anwar**

--------- Forwarded message ---------
From: **Ms Mahmood** <aamirmd80@hotmail.com>
Date: Mon, Jun 11, 2012 at 8:38 PM
Subject: FW: Your Step 2 CK scheduling permit
To: Anwar Mahmood <arc14717@gmail.com>


> Date: Mon, 11 Jun 2012 19:10:30 -0400
> Subject: Fwd: Your Step 2 CK scheduling permit
> From: mmahmo4@gmail.com
> To: aamirmd80@hotmail.com
>
> --------- Forwarded message ---------
> From: Maria Mahmood <mmahmo4@uic.edu>
> Date: Mon, Oct 12, 2009 at 10:25 AM
> Subject: Fwd: Your Step 2 CK scheduling permit
> To: Naveeda Mahmood <aamirmd80@hotmail.com>
>
>
> --------- Forwarded message ---------
> From: testadmin <testadmin@nbme.org>
> Date: Mon, Oct 12, 2009 at 7:43 AM
> Subject: Your Step 2 CK scheduling permit
> To: mmahmo4@gmail.com
>
>
> USMLE # 5-166-839-0
>
>
>
>
> Dear Ms. Mahmood:
>
>
>
> We sincerely regret the difficulties you encountered regarding your
> USMLE Step 2 CK examination on October 5-6, 2009.  We understand that
> technical problems prevented you from taking your examination.
>

> 
> 
> You will receive notification via e-mail that your new Step 2 CK
> Scheduling Permit is available.  The e-mail will be from
> usmlereg@nbme.org.  Please use the link included in that e-mail to
> view and print the Scheduling Permit.
> 
> 
> 
> Please follow the directions listed on the permit to schedule your new
> exam at a Prometric Test Center in the United States region. Your Step
> 2 CK eligibility period will be extended through January 8, 2010.
> Please bring the permit, along with an unexpired, government-issued
> photo ID with signature, for admission to the examination.  Of course,
> there is no charge for this retest.
> 
> 
> 
> As mentioned in my voice mail to you, I will look into the other
> concerns mentioned in your letter.
> 
> 
> 
> Please feel free to contact me if you have any questions.
> 
> 
> 
> Sincerely,
> 
> Marian D. Proctor
> 
> Test Administration Specialist, USMLE
> 
> National Board of Medical Examiners
> 
> 3750 Market Street
> 
> Philadelphia, PA  19104
> 
> Phone:  (215) 590-9725
> 
> Fax:  (215) 590-9457
> 
> E-mail:  testadmin@nbme.org



# Fwd: FW: tech problem testing accommodations
1 message

**anwar mahmood <arc14717@gmail.com>**       Mon, Jun 11, 2012 at 9:07 PM
To: William Reil <billreil@gmail.com>

Hi Bill,
**Technical Problem on Oct 05, 2009 at Prometric Testing Center and not providing accommodation.**
Anwar

--------- Forwarded message ---------
From: **Ms Mahmood** <aamirmd80@hotmail.com>
Date: Mon, Jun 11, 2012 at 8:36 PM
Subject: FW: tech problem testing accommodations
To: Anwar Mahmood <arc14717@gmail.com>

> Date: Mon, 11 Jun 2012 19:11:04 -0400
> Subject: Fwd: tech problem testing accommodations
> From: mmahmo4@gmail.com
> To: aamirmd80@hotmail.com
>
> --------- Forwarded message ---------
> From: testadmin <testadmin@nbme.org>
> Date: Thu, Oct 8, 2009 at 11:31 AM
> Subject: RE: tech problem testing accommodations
> To: Maria Mahmood <mmahmo4@uic.edu>
>
>
> Dear Ms. Mahmood:
>
> We have received your October 5, 2009, letter regarding your October 5-6,
> 2009, USMLE Step 2 CK examination.  Please allow at least 10 business days
> for a review of your concerns. You will be sent a letter regarding the
> outcome of the review once completed.  Any questions regarding the status of
> the review of your concerns should be addressed to Marian D. Proctor at (215)
> 590-9725 or testadmin@nbme.org.
>
> Sincerely,
> Test Administration for USMLE
> National Board of Medical Examiners
> Telephone:  215-590-9700
> Fax:  215-590-9457
> E-mail:  testadmin@nbme.org
>
> -----Original Message-----
> From: mmahmo4@gmail.com [mailto:mmahmo4@gmail.com] On Behalf Of Maria Mahmood
> Sent: Monday, October 05, 2009 12:08 PM
> To: testadmin; disabilityservices
> Subject: tech problem testing accommodations

> 
> Hello,
> I was scheduled to take the Step 2 CK today and tomorrow.  I arrived
> at my assigned center but the Fred software never loaded correctly.  I
> have testing accommodations (zoom text, LCD monitor and 2x time).  The
> center gave me a ticket number (4737839), and I called Prometric who
> also gave me a ticket number (4738523).  I would like to schedule
> another test date soon at the same center Prometric center #0084 but
> if I cant get a weekend date during October then I'll need an
> extension of my eligibility period which is currently Aug-Sept-Oct.
> 
> I had initially scheduled it in august but the center said that they
> did not have my monitor and accommodations set up so I had to pay a
> rescheduling fee of $116, I do not want to do that again.  I should
> not have to pay for something that was not of my doing.  This is the
> second time that this has happened.  It occurred first for the Step1
> and now for the Step2CK.  I still have to sit for the Step2CS and
> Step3.  Will history repeat itself for those times as well?
> 
> So, what I would like is an expedient reply, an extension of my
> eligibility period to Oct-Nov-Dec, and a possible refund of my
> registration costs considering how little troubleshooting has gone
> into providing me with a comparable testing experience relative to the
> multitudes of test takers.  Also, I would like an assurance that the
> software is tested and a simulation run to verify functional status
> before having it sent to a center.  Or have tech support ready at the
> center.
> 
> Maria Mahmood
> 51668390



## Fwd: FW: Your Recent USMLE Step 1
1 message

**anwar mahmood** <arc14717@gmail.com>                                      Mon, Jun 11, 2012 at 9:09 PM
To: William Reil <billreil@gmail.com>

**Hi Bill,**
**Inability of Prometric to provide accommodation on Sept.05,2007.**
**Anwar**

--------- Forwarded message ---------
From: **Ms Mahmood** <aamirmd80@hotmail.com>
Date: Mon, Jun 11, 2012 at 8:34 PM
Subject: FW: Your Recent USMLE Step 1
To: Anwar Mahmood <arc14717@gmail.com>

Date: Mon, 11 Jun 2012 19:21:00 -0400
Subject: Fwd: Your Recent USMLE Step 1
From: mmahmo4@gmail.com
To: aamirmd80@hotmail.com

--------- Forwarded message ---------
From: **Mary Patterson** <MPatterson@nbme.org>
Date: Tue, Sep 18, 2007 at 10:16 AM
Subject: Your Recent USMLE Step 1
To: mmahmo4@gmail.com

Please see the attached letter in response to your e-mail below.
From: Maria Mahmood [mailto:mmahmo4@gmail.com]
Sent: Wednesday, September 05, 2007 4:27 PM
To: testadmin
Subject: Retaking Step 1
Hello,
I'm requesting another chance to take the USMLE Step 1 due to the irregularity of the test scheduling protocol. I
had scheduled the test for the 7th and 8th of August, 2007, but was unable to take the exam because of the
inability of the center to provide my granted accommodations. I do realize that in the USMLE FAQ it says that "a
retake is not allowed once a passing score is achieved," but I received a 186 as my 3-digit score. I know that
this is right on the margin for a passing grade. I'm sure that many med students have demanded a retake
because they think they can do better, well I know I can if I hadn't the notion of not being able to fulfill the
requirement for taking the step 1 before my rotations begin. What sort of process would I have to go through in
order to achieve this?
Please help!
Maria Mahmood
USMLE ID: 51668390



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

Direct phone:  (215) 590-9776
Email:  mpatterson@nbme.org
Fax:  (215) 590-9457

September 18, 2007

Maria Mahmood
14717 Exbury Lane
Laurel, MD  20707                                    USMLE # 5-166-839-0

Dear Ms. Mahmood:

Your September 5, 2007, correspondence was forwarded to me for review.  In your e-mail, you reported that you had originally scheduled your USMLE Step 1 examination for August 7 and 8, 2007, but were unable to test because the test center did not have your approved accommodations.  You requested that you be allowed to retake the examination even though you achieved a passing score.

I understand that you were originally scheduled to test on August 2 and 3, 2007, at the Prometric center in Columbia, Maryland.  We shipped an LCD monitor to Columbia for that date.  However, I understand that you rescheduled the exam for August 7 and 8 at a Prometric center in Bethesda, Maryland.  Unfortunately, we were not informed of the change in test center location.  Therefore, the LCD monitor and enlarged text software were not available for you on August 7.  As a result, I understand that you were rescheduled to the Columbia test center for August 13 and 14 and tested both days with the approved accommodations.

While we very much regret any inconvenience caused by these circumstances, as you noted in your e-mail, USMLE policy does not allow, in this situation, the retake of an examination on which passing performance has been achieved.  Therefore, your request for a retest cannot be granted.

Sincerely,

*Mary E. Patterson*

Mary E. Patterson
Manager, Test Administration for USMLE