# EXHIBIT 4

Case Information                                                                                                   Page 1 of 2

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111245002**   Case Status: **CLOSED**
Status Date: **01/13/2012**
Tracking Number: **116105243192**   Complaint No: **2H03605**
District Case No: **5B02131722**
Filing Date: **09/02/2011**   Incident Date: **08/08/2011**

## Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE**   Sex: **FEMALE**
DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**   State: **MD**   Zip Code: **20707**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **1 6500**
Description: **ARSON - FIRST DEGREE**
Disposition: **NOLLE PROSEQUI**
Disposition Date: **01/13/2012**

## Bail and Bond Information

Bail Amount: **$10000**   Bail Number: **33031**
Set Date: **08/24/2011**   Release Date: **01/13/2012**   Bail Set Location: **DC**
Release Reason: **SATISFIED**
Bond Type: **CASH**

Bail Bondsman: **MAHMOOD, ANWAR**
Street: **14717 EXBURY LANE**
City: **LAUREL**   State: **MD**   Zip: **20707**

## Related Person Information

Name: **KADISH, CRAIG M**
Connection: **DEFENSE ATTORNEY**
Address: **11 E LEXINGTON ST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

```
         Name: GREENE, SHARI
   Connection: ASST STATES ATTORNEY
      Address: 454 CTHOUSE WEST
         City: BALTIMORE   State: MD   Zip Code: 21202

         Name: VOGT, EDWARD M
   Connection: POLICE OFFICER
      Address: DET DIV ARSON UNIT

         Name: FRANCIS, LORETTA L
   Connection: POLICE OFFICER
      Address: SOUTHEASTERN DISTRICT
```

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| CASI | 09/02/2011 | CASE ADDED THROUGH ON-LINE ON THIS DATE 20110906 |
| MOTF | 09/28/2011 | MOTION FOR SPEEDY TRIAL |
| MOTF | 09/28/2011 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 09/28/2011 | REQUEST FOR DISCOVERY |
| MOTF | 09/28/2011 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 09/28/2011 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 09/28/2011 | DEMAND FOR CHEMIST |
| FILE | 09/28/2011 | FILED ADP - KADISH, CRAIG M , ESQ 424615 |
| HCAL | 10/05/2011 | P12;0930;434 ;ARRG; ;CONT; ;PETERS, CHARLES;8E3 |
| TRAK | 10/13/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 10/13/2011 |
| HCAL | 10/13/2011 | P12;0200;434 ;RARR;HR;GRNT; ;PETERS, CHARLES;8E3 |
| HCAL | 12/12/2011 | P45;1100;600 ;JT ; ;POST;DIV;HEARD, WANDA KE;8B7 |
| HWNO | 12/12/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/13/2012 | P45;0200;231 ;JT ;NP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 01/13/2012 | CASE CLOSED - NOLLE PROSEQUI - Q327 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Case Information                                                                 Page 1 of 2

<div style="border:1px solid black;">

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111245003**   Case Status: **CLOSED**
Status Date: **01/13/2012**
Tracking Number: **116105243192**   Complaint No: **2H03605`**
District Case No: **5B02131722**
Filing Date: **09/02/2011**   Incident Date: **08/08/2011**

## Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE**   Sex: **FEMALE**
DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**   State: **MD**   Zip Code: **20707**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **1 1425**
Description: **RECKLESS ENDANGERMENT**
Disposition: **NOLLE PROSEQUI**
Disposition Date: **01/13/2012**

## Bail and Bond Information

Bail Amount: **$10000**   Bail Number: **33031**
Set Date: **08/24/2011**   Release Date: **01/13/2012**   Bail Set Location: **DC**
Release Reason: **SATISFIED**
Bond Type: **CASH**

Bail Bondsman: **MAHMOOD, ANWAR**
Street: **14717 EXBURY LANE**
City: **LAUREL**   State: **MD**   Zip: **20707**

## Related Person Information

Name: **KADISH, CRAIG M**
Connection: **DEFENSE ATTORNEY**
Address: **11 E LEXINGTON ST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

</div>

```
            Name: GREENE, SHARI
      Connection: ASST STATES ATTORNEY
         Address: 454 CTHOUSE WEST
            City: BALTIMORE  State: MD  Zip Code: 21202

            Name: VOGT, EDWARD M
      Connection: POLICE OFFICER
         Address: DET DIV ARSON UNIT

            Name: FRANCIS, LORETTA L
      Connection: POLICE OFFICER
         Address: SOUTHEASTERN DISTRICT
```

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| CASI | 09/02/2011 | COPIED FROM 111245002 THRU Q348 ON 09/06/2011 BY SCB |
| MOTF | 09/28/2011 | MOTION FOR SPEEDY TRIAL |
| MOTF | 09/28/2011 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 09/28/2011 | REQUEST FOR DISCOVERY |
| MOTF | 09/28/2011 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 09/28/2011 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 09/28/2011 | DEMAND FOR CHEMIST |
| FILE | 09/28/2011 | FILED ADF - KADISH, CRAIG M , ESQ 424615 |
| HCAL | 10/05/2011 | P12;0930;434 ;ARRG; ;CONT; ;PETERS, CHARLES;8E3 |
| TRAK | 10/13/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 10/13/2011 |
| HCAL | 10/13/2011 | P12;0200;434 ;RARR;HR;GRNT; ;PETERS, CHARLES;8E3 |
| HCAL | 12/12/2011 | P45;1100;600 ;JT ; ;POST;DIV;HEARD, WANDA KE;8B7 |
| HWNO | 12/12/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/13/2012 | P45;0200;231 ;JT ;NP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 01/13/2012 | CASE CLOSED - NOLLE PROSEQUI - Q327 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111245004**   Case Status: **CLOSED**
Status Date: **01/13/2012**
Tracking Number: **116105243192**          Complaint No: **2H03605**
District Case No: **5B02131722**
Filing Date: **09/02/2011**   Incident Date: **08/08/2011**

## Defendant Information

Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE**        Sex: **FEMALE**
DOB:
Address: **14717 EXBURY LN**
City: **LAUREL**   State: **MD**   Zip Code: **20707**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **3 4030**
Description: **MALT DESTR PROPERTY VALUE +$500**
Plea: **GUILTY**          Plea Date: **01/13/2012**
Disposition: **PROBATION AFTER CONVICTION**
Disposition Date: **01/13/2012**
Verdict: **GUILTY**   Verdict Date: **01/13/2012**
Sentence Starts: **12/29/2011**          Sentence Date: **01/13/2012**
Sentence Time: Yrs: **00**   Mos: **03**   Days: **00**   Confinement: **NC**
Suspended Time: Yrs: **00**   Mos: **02**   Days: **14**
Probation Time: Yrs: **00**   Mos: **03**   Days: **00**   Type: **UnSupervised**

## Bail and Bond Information

Bail Amount: **$10000**        Bail Number: **33031**
Set Date: **08/24/2011**   Release Date: **01/13/2012**   Bail Set Location: **DC**
Release Reason: **SATISFIED**
Bond Type: **CASH**

Bail Bondsman: **MAHMOOD, ANWAR**
Street: **14717 EXBURY LANE**
City: **LAUREL**   State: **MD**   Zip: **20707**

## Related Person Information

Case Information                                                                 Page 2 of 2

```
            Name: KADISH, CRAIG M
       Connection: DEFENSE ATTORNEY
          Address: 11 E LEXINGTON ST
             City: BALTIMORE  State: MD  Zip Code: 21202

            Name: GREENE, SHARI
       Connection: ASST STATES ATTORNEY
          Address: 454 CTHOUSE WEST
             City: BALTIMORE  State: MD  Zip Code: 21202

            Name: VOGT, EDWARD M
       Connection: POLICE OFFICER
          Address: DET DIV ARSON UNIT

            Name: FRANCIS, LORETTA L
       Connection: POLICE OFFICER
          Address: SOUTHEASTERN DISTRICT
```

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| CASI | 09/02/2011 | COPIED FROM 111245002 THRU Q348 ON 09/06/2011 BY SCB |
| MOTF | 09/28/2011 | MOTION FOR SPEEDY TRIAL |
| MOTF | 09/28/2011 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 09/28/2011 | REQUEST FOR DISCOVERY |
| MOTF | 09/28/2011 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 09/28/2011 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 09/28/2011 | DEMAND FOR CHEMIST |
| FILE | 09/28/2011 | FILED ADF - KADISH, CRAIG M , ESQ 424615 |
| HCAL | 10/05/2011 | P12;0930;434 ;ARRG; ;CONT; ;PETERS, CHARLES;8E3 |
| TRAK | 10/13/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 10/13/2011 |
| HCAL | 10/13/2011 | P12;0200;434 ;RARR;HR;GRNT; ;PETERS, CHARLES;8E3 |
| HCAL | 12/12/2011 | P45;1100;600 ;JT ; ;POST;DIV;HEARD, WANDA KE;8B7 |
| HWNO | 12/12/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/13/2012 | P45;0200;231 ;JT ;GP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 01/13/2012 | CASE CLOSED - ALL COUNTS DISPOSED Q326 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Case Information            Page 1 of 2

## DISTRICT COURT OF MARYLAND
Go Back

### Case Information
Court System: **DISTRICT COURT FOR BALTIMORE CITY - CRIMINAL SYSTEM**
Case Number: **5B02131722** Tracking No: **116105243192**
Case Type: **CRIMINAL**
District Code: **01** Location Code: **03**
Document Type: **STATEMENT OF CHARGES** Issued Date: **08/09/2011**
Case Status: **CLOSED** Case Disposition: **FORWARDED TO CIRCUIT COURT**

### Defendant Information
Defendant Name: **MAHMOOD, MARIA**
Race: **WHITE, CAUCASIAN, ASIATIC INDIAN, ARAB**
Sex: **F** Height: **500** Weight: **125** DOB:
Address: **14717 EXBURY LN**
City: **LAUREL** State: **MD** Zip Code: **20707 - 0000**

### Charge and Disposition Information
(Each Charge is listed separately. The disposition is listed below the Charge)

Charge No: **001** Description: **ARSON-FIRST DEGREE**
Statute: **CR.6.102.(a)** Description: **ARSON-FIRST DEGREE**
Amended Date: CJIS Code: **1 6500** MO/PLL: Probable Cause: **X**
Incident Date From: **08/08/2011** To: **08/08/2011** Victim Age:

Charge No: **002** Description: **ARSON 2ND DEGREE**
Statute: **CR.6.103** Description: **ARSON 2ND DEGREE**
Amended Date: CJIS Code: **1 6501** MO/PLL: Probable Cause: **X**
Incident Date From: **08/08/2011** To: **08/08/2011** Victim Age:

Charge No: **003** Description: **MAL DESTR PROP VALUE + $500**
Statute: **CR.6.301** Description: **MAL DESTR PROP VALUE + $500**
Amended Date: CJIS Code: **3 4030** MO/PLL: Probable Cause: **X**
Incident Date From: **08/08/2011** To: **08/08/2011** Victim Age:

Charge No: **004** Description: **RECKLESS ENDANGERMENT**
Statute: **CR.3.204.(a)(1)** Description: **RECKLESS ENDANGERMENT**
Amended Date: CJIS Code: **1 1425** MO/PLL: Probable Cause: **X**
Incident Date From: **08/08/2011** To: **08/08/2011** Victim Age:

### Related Person Information
(Each Person related to the case other than the Defendant is shown)

Name: **FRANCIS, LORETTA**
Connection: **WITNESS/POLICE OFFICER**
Agency Code: **AD** Agency Sub-Code: **5902** Officer ID: **F013**

Name: **MAHMOOD, ANWAR**
Connection: **SURETY**

Address: **14717 EXBURY LN**
City: **LAUREL**  State: **MD**  Zip Code: **20707**

Name: **VOGT, EDWARD**
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **AD**  Agency Sub-Code: **5920**  Officer ID: **C831**

**Event History Information**

| Event | Date | Comment |
|---|---|---|
| DOCI | 08/09/2011 | SC ISSUED 110809 |
| INIT | 08/09/2011 | 110809;00000000.00;HWOB;100; ;1308 |
| CMIT | 08/09/2011 | DEFENDANT COMMITTED;110809;BCJ |
| BALR | 08/09/2011 | 110809;00000000.00;HWOB;100; ;9R2 |
| CMIT | 08/09/2011 | DEFENDANT COMMITTED;110809;BCJ; |
| BOND | 08/24/2011 | 110824;00010000.00;CASH; ; ;100 |
| RELS | 08/24/2011 | DEFENDANT RELEASED FROM COMMITMENT |
| CCNO | 09/06/2011 | 111245002-04;CIRCUIT COURT CASE NO. |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*