LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
42 S. 15th Street, Suite 210
Philadelphia, PA 19102
215-564-1635            ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| MARIA MAHMOOD | : UNITED STATES DISTRICT |
| 14717 Exbury Lane | : COURT FOR THE EASTERN |
| Laurel, MD 20707 | : DISTRICT OF PENNSYLVANIA |
| | : |
| vs. | : |
| | : |
| NATIONAL BOARD OF | : 2:12-cv-01544-TR |
| MEDICAL EXAMINERS | : |
| 3750 Market Street | : |
| Philadelphia, PA 19104 | : JURY TRIAL DEMANDED |

**FILED**
AUG 20 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### STIPULATION TO EXTEND TIME FOR ANSWER TO MOTION TO DISMISS

It is hereby stipulated and agreed by all counsel for the plaintiff and defendant herein, that the time limit for plaintiff to answer defendant's motion to dismiss, which was filed on or about 08/08/12, is extended until 09/07/12.

I AGREE TO THE ABOVE STIPULATION:

*[signature]*           *[signature]*
William C. Reil, Esquire       Michael E. Sacks, Esquire
Attorney for Plaintiff         Attorney for Defendant

Date: 8/10/12            Date: 8/15/12

APPROVED BY THE COURT:

*[signature]*
The Honorable Timothy R. Rice
United States Magistrate Judge

8-16-12