IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA MAHMOOD,<br>      Plaintiff, | :<br>:   CIVIL ACTION<br>: |
| v. | :<br>: |
| NATIONAL BOARD OF<br>MEDICAL EXAMINERS,<br>      Defendant. | :    No. 12-1544<br>:<br>: |

## ORDER

AND NOW, this **31st** day of **October, 2012**, upon consideration of Defendant National Board of Medical Examiners ("NBME")'s motion to dismiss, the accompanying memorandum of law and exhibits, Plaintiff Maria Mahmood's response, and NBME's reply, it is **ORDERED** that:

1. Count I of Plaintiff's claim is DISMISSED IN PART regarding NBME's pattern of failure-to-accommodate.

2. The parties shall have a limited thirty-day (30) period of discovery regarding the USMLE CK-II incident.

BY THE COURT:

_/s/ Timothy R. Rice_
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge

10