# EXHIBIT 3



National Board of Medical Examiners®
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500



APP-Decision Letter (appr

### -Confidential-
#### Confirmation of Test Accommodations

June 6, 2007

Maria Mahmood
14717 Exbury Lane
Laurel, MD 20707

RE: USMLE Step 1    USMLE ID#: 5-166-839-0

Dear Ms. Mahmood:

**We will provide the following accommodation(s) during the administration of the United States Medical Licensing Examination (USMLE) Step 1 for which you are currently registered:**

- Extended testing time - double time: The exam will be administered over two days. Day one will be 8 hours and 15 minutes in length and will include a 30 minute tutorial and 7 blocks with a maximum of 25 questions per block. Day two will be 7 hours and 45 minutes in length and will include 7 blocks with a maximum of 25 questions per block. You will have up to 60 minutes to complete each block. You may use break time as needed between blocks. You will receive 45 minutes of break time each day, including lunch. If you complete the tutorial or an examination block in less time than allotted, you may add the unused time to you available break time.

- Visual Aid - monocular

- LCD monitor

- Zoom Text

You will receive an electronic permit which will contain all of the information that you need to schedule your examination. **In order to facilitate scheduling your exam, please call Prometric at the number listed on your scheduling permit as soon as you receive it.**

**You may not change these accommodations** at the test center on your scheduled exam day. If you choose not to use these accommodations, please notify USMLE Disability Services **immediately** for instructions on re-registering for your exam. You may contact USMLE Disability Services by calling 215-590-9700.

EXHIBIT
Mahmood 3

**Important Information About Requesting Test Accommodations in the Future**

**If you are requesting the same accommodation(s) previously approved for STEP 1 or STEP 2 CK**, print and complete the **Form for Requesting Subsequent Test Accommodations** found on the NBME website at www.nbme.org. Mail the form to the address indicated on the website at the <u>same time</u> you register for the exam.

**If you are requesting a change in accommodations for STEP 1 or STEP 2 CK**, follow the instructions for a new request on the NBME website at www.nbme.org.

**If you are requesting test accommodations for STEP 3**, please note that STEP 3 is administered by the individual medical licensing authorities of the United States and its territories. Contact the Federation of State Medical Boards at (817) 868-4000 or www.fsmb.org for further information.

Sincerely,

*Catherine Farmer, Psy.D.*

Catherine Farmer, Psy.D.
Manager, Disability Services
ADA Compliance Officer, Testing Programs

CF/jo

Disability Services
215-590-9700
215-590-9422 (Fax)