# EXHIBIT 4

Case 2:12-cv-01544-TR   Document 28-4   Filed 01/09/13   Page 2 of 2

UNITED STATES MEDICAL LICENSING EXAMINATION™ (USMLE™)
Form for Requesting Subsequent Test Accommodations
(Steps 1 and 2 CK only)
*Note: Do not use this form for Step 2 CS*

**✓** I have received test accommodations for a prior USMLE Step and am requesting the previously provided accommodations for the Step noted below. (**Submitting this form constitutes your official notification.** Arrangements will be made once your application is processed.)

___ I require different accommodations than those previously provided, due to a change in the nature or extent of my disability. (**Submitting this form constitutes your official notification.** We will review your request and advise you in writing of the decision.)

If there has been a change in the nature or extent of your disability please fill out the Step 1 and Step 2 CK Applicant's Request for Test Accommodations and attach documentation supporting the change in accommodations.

Name: **MARIA MAHMOOD**

Current mailing address: **14717 EXBURY LANE, LAUREL, MD 20707**

Daytime telephone number                   Email Address:

USMLE ID# **51668390**          Social Security or National ID#

Requested Examination:  ___ Step 1  **✓** Step 2 CK          Year **2008**

Signature _[signature]_                   Date **04/04/08**

### DO NOT SUBMIT:
- Original documents; keep the original and submit a copy
- Research articles, resumes, curriculum vitas
- Handwritten letters from physicians or evaluators
- Documentation previously submitted to Disability Services
- Documentation previously submitted to your registration entity
- Previous correspondence from Disability Services
- Multiple copies of documentation (i.e., faxed and mailed copies of a document)
- Staples, clips, binders, page protectors, folders, or similar items

*Please note that submitting duplicate documentation and/or bound documentation may delay a decision regarding your request as all documentation must be processed.*

Mail or fax this form to:   Testing Coordinator, Disability Services
                            National Board of Medical Examiners
                            3750 Market Street
                            Philadelphia, PA 19104-3190
                            Fax Number (215) 590-9422
Disab...                    Phone Number (215) 590-9509

*If you fax your form, please be sure to telephone Disability Services to verify receipt.*



