# EXHIBIT 8




1054656      5-166-839-0
Approval-Decision Letter

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

## -Confidential-
### Confirmation of Test Accommodations

May 16, 2011

Maria Mahmood
14717 Exbury Lane
Laurel, MD 20707

RE: USMLE Step 2 CK                    USMLE ID#: 5-166-839-0

Dear Ms. Mahmood:

**We will provide the following accommodation(s) during the administration of the United States Medical Licensing Examination (USMLE) Step 2 Clinical Knowledge (CK) for which you are currently registered:**

    - Extended testing time - double time: The exam will be administered over two days. Day one will be 9 hours in length and will include a 15 minute tutorial and 8 blocks with a maximum of 23 questions per block. Day two will be 8 hours and 45 minutes in length and will also include 8 blocks with a maximum of 23 questions per block. You will have up to 60 minutes to complete each block. You may use break time as needed between blocks. You will receive 45 minutes of break time each day, including lunch. If you complete the tutorial or an examination block in less time than allotted, you may add the unused time to your available break time.

    - Visual Aids: monocular telescope

    - Enlarged Monitor

    - Zoom Text

If you are not familiar with Zoom Text, you should download and practice with the software prior to your examination date. Go to http://www.aisquared.com to create an account to download trial software.

---

You will receive an electronic permit which will contain all of the information that you need to schedule your examination. **In order to facilitate scheduling your exam, please call Prometric at the number listed on your scheduling permit as soon as you receive it.**

---

EXHIBIT
Mahmood 8
10  11-19-12

You may not change these accommodations at the test center on your scheduled exam day. If you choose not to use these accommodations, please notify USMLE Disability Services **immediately** for instructions on re-registering for your exam. You may contact USMLE Disability Services by calling 215-590-9700.

Important Information About Requesting Test Accommodations in the Future

**If you are requesting the same accommodation(s) previously approved for STEP 1 or STEP 2 CK,** print and complete the **Form for Requesting Subsequent Test Accommodations** found on the NBME website at www.nbme.org. Mail the form to the address indicated on the website at the <u>same time</u> you register for the exam.

**If you are requesting a change in accommodations for STEP 1 or STEP 2 CK,** follow the instructions for a new request on the NBME website at www.nbme.org.

**If you are requesting test accommodations for STEP 3,** please note that STEP 3 is administered by the individual medical licensing authorities of the United States and its territories. Contact the Federation of State Medical Boards at (817) 868-4000 or www.fsmb.org for further information.

Sincerely,

*[signature]*

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs

CF/jo

Disability Services
215-590-9700
215-590-9422 (Fax)