# EXHIBIT 10

INCIDENT REPORT
Form 04/008
1185-28-30

## POLICE DEPARTMENT
## BALTIMORE, MARYLAND

| 1 Crime / Incident | ARSON | Attempt □ | 2 Complaint Number 112H03605 |
|---|---|---|---|

☐ Person   ☒ Property   ☐ Vehicle   ☐ Miscellaneous

☐ Domestic Related   ☐ Gang Related   ☐ Juvenile Related   ☐ Hate Crime

| 3 Location of Offense / Incident (Exact Street Address) | 1601 S. CLINTON ST. 21224 | Page 1 of 3 |
|---|---|---|

| 5 Date / Time Occurred   8 AUG, 11   0909 | 6 Date / Time Reported   #4 |
|---|---|

| 0 Unit 2B31 | 7 Post of Occurrence 231 | 8 Reporting Area | 9 Street Code | 10 CAD Number 0885 | 11 Location Given by Dispatcher   #3 | 12 Companion Report No. |
|---|---|---|---|---|---|---|

| 13 Case Status ☐ Open ☒ Closed | 14 Case Disposition ☒ Cleared ☐ Not Cleared | 15 Follow-up ☐ Yes ☒ No | 16 Crime Code | 17 Crime Classification ☒ | 18 Describe Location of Offense or Type of Premise OFFICE BUILDING | 19 Reported by Crime Watcher ☐ Yes ☒ No |
|---|---|---|---|---|---|---|

| 20 Complainant's Name (Last, First, MI) or Firm Name if Business COPT Main | Residence / Address (Include City, County, State, Zip) 1601 S. CLINTON ST. 21224 | Sex | Race | Age | DOB |
|---|---|---|---|---|---|

| Where Employed or School Attending (Include City Located) | Occupation | Hours of Employment/Residence Phone | Other Phone 410-276-6081 |
|---|---|---|---|

| 21 Injuries and Location on Body | Victim's Condition | 22 Victim Hospitalized Facility ☐ Yes ☐ No | 22 Victim / Assailant Relationship | 23 Current / Former Cohabitant ☐ Yes ☐ No | Sobriety |
|---|---|---|---|---|---|

| 24 Reporting Person | Name (Last, First, MI) SMITH, DAVID | Sex | Race | Age | DOB | Address (Include City, County, State, Zip) 1601 S. CLINTON ST. 21224 | Residence Phone | Other Phone 4102768081 |
|---|---|---|---|---|---|---|---|---|

| 25 Witness Parent/Guardian | Name (Last, First, MI) | Address (Include City, County, State, Zip) | Residence Phone | Other Phone |
|---|---|---|---|---|

| 26 Suspect | Name (Last, First, MI) MAHMOOD, MARIA | Address (Include City, County, State, Zip) 14717 EXBURY LN. 20707 | Sex F | Race O | Age 31 | DOB 8/15/79 | Height 5'0" | Weight 116 |
|---|---|---|---|---|---|---|---|---|

| Complexion | Hair Color/Length/Style | Hat | Eyes | Facial Hair | Teeth | Shirt/Coat |
|---|---|---|---|---|---|---|

| Pants | Shoes | Additional Descriptors (Tattoos, Piercings, Scars, Marks, Accent, etc.) | Arrest Number 11260405 |
|---|---|---|---|

| 27 Treatment(s) of Suspect(s) (Action / Conversation) | 28 Point of Entry | 29 Location Last Seen | 30 Manner of Escape | 31 Direction of Escape |
|---|---|---|---|---|

| 32 Weapon / Means of Attack | 33 Method Used to Commit Crime | 34 Type of Property Taken | 35 Total Loss Value |
|---|---|---|---|

| 16 Vehicle Information | Suspect | Victim | Stolen | Towed | Other | Tag Number | | State | Expiration | Vehicle Year/Make | Model | Body Style | Color | Mileage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Vehicle Identification Number (VIN) | | Ignition Locked ☐ Yes ☐ No | Keys in Ignition ☐ Yes ☐ No | Doors Locked ☐ Yes ☐ No | Windows Closed ☐ Yes ☐ No | Radio in Car ☐ Yes ☐ No | Battery in Car ☐ Yes ☐ No | Spare Tire in Car ☐ Yes ☐ No | Trunk Locked ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|---|

| 37 Registered Owner Name (Last, First, MI) | Sex | Race | Age | DOB | Address (Include City, County, State, Zip) |
|---|---|---|---|---|---|

| 38 Recovered at | 39 Method of Theft | 40 Evidence of Stripping / Tampering | 41 Repo. Check ☐ Yes ☐ No | 42 Tow List Check ☐ Yes ☐ No | 43 Owner Notified ☐ Yes ☐ No |
|---|---|---|---|---|---|

| 44 Tow Information | Location Towed From | Location Towed To | Towed by | Tow Truck Operator Signature |
|---|---|---|---|---|

| 45 Detective Notified VOGT | Sequence No./Assignment C831 | CID | Unit Number/Date 0641 | 8AUG,11 | Time 1100 | 46 Medical Examiner Notified | Date | Time |
|---|---|---|---|---|---|---|---|---|

| 47 Crime Lab Technician Name TRAN | Unit Number 5825 | Time 1100 | 48 Hot Desk Person Notified | Time |
|---|---|---|---|---|

| 49 Communications Supervisor Notified ☐ Yes ☐ No | 50 Citywide Broadcast ☐ Yes ☐ No | Time | 51 Victim Assistance/Incident Information Explain Form(s) Provided ☐ Yes ☐ No |
|---|---|---|---|

| 52 Copies Forwarded To | HSU  PAR |
|---|---|

| Cont'd Sections | Narrative: (1) Continuation of any or covering boxes. (2) Property Listing, to include property taken and listed/recovered evidence/property; list property inventory number(s) when applicable. (3) Describe details of incident, include all steps taken in preliminary investigation. (4) List all additional notifications, including name, agency or assignment, unit number, telephone number, date, time. (5) List all arrests, including Arrest Numbers and charges. |
|---|---|

STRUCTURAL DAMAGE    $1000.00

CONTENT    $0

Continued ☐

| 53 Reporting Officer Name (PRINT CLEARLY) DET. FRANCIS | Sequence No. Assignment F013 | SED | Signature |
|---|---|---|---|

| 54 Approving Supervisor Name and Number | Sequence No. Assignment | SID | Signature |
|---|---|---|---|

| 55 RMS Data Entered By | Sequence No./Date | 56 Reviewer | 57 Referred To CID |
|---|---|---|---|

## REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK

EXHIBIT
Mahmood 10

PENGAD 800-631-6989

| SUPPLEMENT REPORT Form 04/07 1180-36-33 | POLICE DEPARTMENT BALTIMORE, MARYLAND | 1 Crime / Incident ARSON | | Attempt ☐ 2 Complaint Number 112H03605 |
|---|---|---|---|---|
| ☑ Continuation    ☐ Follow Up | | 2 Location of Offense / Incident (Street Address, Zip) 1501 S. CLINTON ST.  21224 | | Page 2 of 3 |
| Person ☐  Property ☑  Miscellaneous ☐  Vehicle ☐  Missing Person ☐  Custody ☐ | | 4 Date / Time of This Report 8 AUG, 11   0909 | | 5 Arrest / Custody Number 11260405 |
| 6 Unit 2B31 | 7 Post of Occurrence 231 | 8 Reporting Area | 9 Street Code | 10 CAD Number 0896 | 11 Original Report Date / Time #4 | 12 Offense / Incident Changed From |
| 13 Case Status ☐ Open ☑ Cleared | 14 Multiple Clearance ☐ Yes ☑ No | 15 Case Disposition ☑ Cleared  ☐ Not Cleared | Explain | | 16 Follow-up ☐ Yes ☑ No | 17 Crime Code | 18 Case Classification ☑ |
| 19 Complainant / Victim | Name (Last, First, M), or Firm Name if Business COPT | | Residence / Address (Include City, County, State, Zip) 1501 S. CLINTON ST.  21224 | | Sex | Race | Age | DOB |
| 20 Copies Forwarded To | | | PHR  ASU. | | | | | |

ON 8 AUGUST 2011 @ 9:09 am, DETECTIVE FRANCIS, 2B31 UNIT RESPONDED TO 1501 S. CLINTON STREET, MARINER BANK TOWER, FOR A REPORTED OF A B&E.  UPON HER ARRIVAL SHE WAS DIRECTED TO THE 13TH FLOOR WHERE SHE SPOKE WITH DAVID SMITH, PROPERTY MANAGER FOR THE BUILDING.  SMITH REPORTED THAT A FIRE HAD BEEN SET IN THE WOMEN'S BATHROOM ON THE 13TH FLOOR.  DETECTIVE FRANCIS CHECKED THE BATHROOM AND FOUND THE REMAINS OF A FIRE AGAINST THE WEST WALL OF THE BATHROOM AND CONTACTED THE FIRE DEPARTMENT.

ENGINE CO.#41 RESPONDED TO THE SCENE AND CAPTAIN DIEHL REQUESTED AN INVESTIGATOR WITH THE FIRE INVESTIGATION BUREAU TO BE NOTIFIED.  CAPTAIN BRUCE SHILOH, F.I.B. #3 ARRIVED AND CONDUCTED AN INVESTIGATION INTO THE ORIGIN AND CAUSE OF THE FIRE.  CAPTAIN SHILOH DETERMINED THAT THE FIRE ORIGINATED AGAINST THE WEST WALL OF THE WOMEN'S BATHROOM ON THE 13TH FLOOR WHERE TOILET TISSUE AND A PIECE OF TWINE WHERE STUCK TO THE UNDERSIDE OF A SINK AGAINST THE WALL.  AN OPEN FLAME IGNITED THE PAPER WITH THE RESULTING FIRE CONSUMING PART OF THE TOILET PAPER AND TWINE WITH EXTENSION OF FIRE TO THE LOWER PORTION OF THE WEST WALL.  THE WALL SURFACE WAS PARTIALLY BURNED AND SCORCHED IN AN AREA MEASURING 10 X 18 INCHES.

ON THE SINK NEXT TO THE BASIN A PLASTIC SANDWICH BAG WAS LOCATED.  INSIDE THIS BAGGIE WAS A ROUND PLASTIC TUPPERWARE TYPE CONTAINER WITH PAPER MATERIAL INSIDE.  AN ODOR OF AN IGNITABLE LIQUID WAS EMANATING FROM THIS BAGGIE.  CAPTAIN SHILOH DETERMINED THAT THE FIRE WA INCENDIARY IN NATURE, BEING DELIBERATELY SET AND REQUESTED POLICE ARSON TO RESPOND TO THE SCENE.  THIS DETECTIVE WAS NOTIFIED BY FIRE COMMUNICATIONS AT 9:56 AM HOURS WITH MY ARRIVAL TIME ON THE SCENE AT 11:05 AM.

MY INVESTIGATION REVEALED THAT THE FIRE ORIGINATED IN THE WOMEN'S BATHROOM ON THE 13TH FLOOR OF THE MARINER BANK TOWER.  TOILET PAPER AND A PIECE OF TWINE WERE IGNITED WITH AN OPEN FLAME.  THE FIRE BURNED THE WALL SURFACE OF THE WEST WALL UNDER THE BATHROOM SINK.  AN PLASTIC CONTAINER WAS FOUND IN A BAGGIE ON THE COUNTER NEXT TO THE SINK.  AN ODOR OF AN IGNITABLE LIQUID COMMONLY ASSOCIATED WITH GASOLINE WAS NOTICED COMING FROM THE BAGGIE AND CONTAINER.

FURTHER INVESTIGATION REVEALED TWO WITNESSES TO THE ARSON WERE IDENTIFIED.  ONE WITNESS STATED THAT THEY ENTERED THE WOMEN'S BATHROOM WHERE THE FIRE OCCURRED AND NOTICED A STRONG ODOR INSIDE.  THEY OBSERVED A WHITE FEMALE, LATER IDENTIFIED AS MARIA MAHMOOD, DOB 8/18/79, WASHING OUT A SMALL PLASTIC CONTAINER IN THE LAST SINK AGAINST THE WEST WALL.  THE FEMALE PRODUCED A BAGGIE FROM A BLUE BAG WITH WHITE PAPER TYPE MATERIAL INSIDE.  A STRONG ODOR WAS COMING FROM THE BAGGIE.  THE FEMALE THEN WENT INTO THE SECOND TO LAST STALL.  THIS WITNESS THEN LEFT THE BATHROOM.

A SECOND WITNESS THEY ENTERED THE BATHROOM AND ALSO IMMEDIATELY SMELLED A STRANGE ODOR THEY DESCRIBED AS COMING FROM A VEHICLE, AND OBSERVED THE WHITE FEMALE LEAVE THE STALL AND STAND NEXT TO THE LAST SINK AT THE COUNTER TOP.  WHEN THIS WITNESS LEFT THE STALL, SHE OBSERVED A SMALL FIRE UNDER THE COUNTER BENEATH THE LAST SINK.  THE WITNESS WET A PIECE OF PAPER TOWEL AND ATTEMPTED TO EXTINGUISH THE FIRE.

BOTH WITNESSES INDICATED THAT NO ONE OTHER THAN THE WHITE FEMALE ENTERED OR EXITED THE REST       ☑ Continued ☐

I affirm and declare that the statements above are true to the best of my knowledge:

| 22 Reporting Officer Name (PRINT CLEARLY) DET. FRANCIS | Sequence No / Assignment F013 | SED | Signature |
|---|---|---|---|
| 23 Approving Supervisor (Last, First) Name | Sequence No / Assignment | | Signature |
| 24 RMS Data Entered By | Sequence No. Data | Time | 26 Reviewer | 28 Released To |

REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK

| SUPPLEMENT REPORT<br>Form 04/007<br>1150-23-83 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | | 1 Crime / Incident<br>ARSON | Attempt | 2 Complaint Number<br>112H03605 |
|---|---|---|---|---|---|

**Continuation** ☑   **Follow Up** ☐

| Person | Property ☑ | Miscellaneous | Vehicle | Missing Person | Custody |
|---|---|---|---|---|---|

3 Location of Offense / Incident (Street Address, Zip): 1601 S. CLINTON ST., 21224   Page 3 of 3

4 Date / Time of This Report: 8 AUG, 11  0900   Arrest / Custody Number: 11280405

| 6 Unit 2B31 | 7 Post of Occurrence 231 | Reporting Area | 9 Street Code | 10 CAD Number 0905 | 11 Original Report Date / Time #4 | 12 Offense / Incident Changed From |
|---|---|---|---|---|---|---|

13 Case Status: ☐ Open ☑ Closed   14 Multiple Clearance: ☐ Yes ☑ No   15 Case Disposition: ☑ Cleared ☐ Not Cleared   16 Follow-up: ☐ Yes ☑ No   17 Crime Code   18 Crime Classification

18 Complainant / Name (Last, First, M.I.), or Firm Name if Business: COPT   Residence / Address: 1601 S. CLINTON ST., 21224

20 Copies Forwarded To:  ASU  PK

ROOM WHILE THEY WERE INSIDE.

WHILE DETECTIVE FRANCIS WAS CONDUCTING HER PRELIMINARY INVESTIGATION, SHE IDENTIFIED THE SUSPECT, MARIA MAHMOOD AND TOOK HER INTO CUSTODY. HER BLUE BAG WAS RECOVERED AND INCIDENT TO ARREST WAS SEARCHED. INSIDE THE BAG WAS A SMALL BAGGIE WITH WHITE PAPER INSIDE. ALSO INSIDE THAT BAGGIE WAS A PIECE OF TWINE IDENTICAL TO THE PIECE FOUND BURNING INSIDE THE LADY'S ROOM. ALSO RECOVERED FROM THE BLUE BAG WAS A BIC DISPOSABLE LIGHTER. THE INTERIOR OF THE BAG REAKED OF AN IGNITABLE LIQUID COMMONLY ASSOCIATED WITH GASOLINE.

I affirm and declare that the statements above are true to the best of my knowledge.

22 Reporting Officer Name (PRINT CLEARLY): DET. FRANCIS   Sequence No. F013   Assignment: SED

REPORT SHOULD BE TYPED OR LEGIBLY PRINTED IN BLACK INK