LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
42 S. 15th Street, Suite 210
Philadelphia, PA 19102
215-564-1635        ATTORNEY FOR PLAINTIFF

MARIA MAHMOOD      :    UNITED STATES DISTRICT
14717 Exbury Lane      :    COURT FOR THE EASTERN
Laurel, MD 20707      :    DISTRICT OF PENNSYLVANIA
     :
    vs.      :
     :
NATIONAL BOARD OF      :    2:12-cv-01544-TR
MEDICAL EXAMINERS      :
3750 Market Street      :
Philadelphia, PA 19104      :    JURY TRIAL DEMANDED

**FILED**

**JAN 18 2013**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

It is hereby stipulated and agreed by counsel for the plaintiff and defendant that the Court is requested to extend the time for plaintiff to answer defendant's motion for summary judgment, which was filed on 01/10/13, until 02/11/13.

Date: 01/15/13

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff

Date: ___1/15/13___

*Michael E. Sacks*

Michael Sacks, Esquire
Attorney for Defendant

APPROVED BY THE COURT:

The Honorable Timothy R. Rice
United States Magistrate Judge

1/18/13