# Exhibit "B"

## CIRCUIT COURT FOR BALTIMORE CITY

CRIMINAL DIVISION
100 NORTH CALVERT STREET, ROOM 200
BALTIMORE, MARYLAND 21202

| | | | |
|---|---|---|---|
| *Petitioner:* | **Maria Mahmood** | *Case Number:* | **111245004** |
| *Address:* | **14717 Exbury Lane Laurel MD 20707** | *Charge(s):* | **MALD** |
| Vs. | | *Arrest Number:* | **n/a** |
| **State of Maryland** | | *ID Number:* | **3708290** |
| | | *Tracking Number:* | **116105243192** |
| | | *Date of Birth:* | **8/15/79** |

### ORDER FOR EXPUNGEMENT OF RECORDS

Applicant/Petitioner Maria Mahmood of 14717 Exbury Lane Laurel MD 20707, having been found to be entitled to expungement of police records pertaining to the arrest, detention, or confinement of Applicant/Petitioner on or about 8/8/11 Baltimore, Maryland, by a law enforcement officer of the BCPD and the court records in this action, it is by the Circuit Court for Baltimore City, Maryland this 21 day of August, 2012

ORDERED that the clerk forthwith shall serve a true copy of this Order on each of the parties to this proceeding; and it is further

ORDERED that the clerk forthwith shall serve on each custodian of police and court records designated in this Order and on the Central Repository a copy of this Order together with a blank form of Certificate of Compliance; and it is further

ORDERED that within 60 days after the entry of this Order or, if this Order is stayed, 30 days after the stay is lifted, the clerk and the following custodians of court and police records and the Central Repository shall (1) expunge all court and police records pertaining to this action of proceeding in their custody, (2) file and executed Certificate of Compliance, and (3) serve a copy of the Certificate of Compliance on the applicant/petitioner/defendant; and it is further

ORDERED that the clerk and other custodians of records forthwith upon receipt of this Order, if it is not stayed of notice that the stay is lifted, shall remove the records from public inspection; and it is further

ORDERED that this Order
  ☐ is stayed pending further order of the court.
  ☐ is not stayed.

| **CUSTODIAN** | **ADDRESS** |
|---|---|
| Division of Parole and Probation | 2100 Guilford Avenue Baltimore, Maryland 21218 |
| Baltimore City Police Department | 242 W. 29th Street Baltimore, Maryland 21211 |
| Baltimore City Central Booking | 300 E. Madison Street Baltimore, Maryland 21202 |
| District Court of Maryland | 5800 Wabash Avenue Baltimore, Maryland 2120 |
| Maryland State Police | P.O. Box 32708 Pikesville, Maryland 21282-2708 |
| Court Reporter's Office | 111 North Calvert Street, Room 244 Baltimore, Maryland 2120 |
| Court of Special Appeals/Court of Appeals | 361 Rowe Boulevard Annapolis, Maryland 21401 |
| Office of the Attorney General | 200 Saint Paul Place Baltimore, Maryland 21202 |
| Office of the State's Attorney | 100 N. Calvert Street, Room 210 Baltimore, Maryland 21202 |

_____
Judge

Doory
(*Judge's signature appears on **original** only*)