# Exhibit "C"

AFFIDAVIT

STATE OF            Maryland
COUNTY OF       Prince George's

PERSONALLY came and appeared before me, the undersigned Notary, the within named <u>Maria Mahmood</u>, who is a resident of <u>Prince George's</u> County, State of <u>Maryland</u>, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

On August 8th, 2011, I arrived at the Baltimore City Prometric testing center at about 7:45 a.m. I was processed by the staff, and asked to wait in the general waiting area outside of the testing area. Generally, since I have double time on all written exams, I was often seated first as I would still be sitting for the exam when other examiners had left the center. However, I waited for the staff to be finished with what they were doing, seating all other examiners, and looked in from time to time to see if they had finished. I was then seated in the booth with a computer to start the tutorial section of the exam. I began said tutorial. Soon after beginning, I had heard loud voices in an area that was generally supposed to be a quiet zone for the examinees. About ten minutes into the tutorial, one of the staff came into the booth and asked me step outside as soon as I was able, as I might need to be seated elsewhere. I finished the tutorial without answering all the practice questions; time was used in talking to the staff member who came in and in readjusting the monitor so I could finish the tutorial.

Once outside of the booth, I asked about why they wanted to talk to me and was informed that I was to be relocated to a seat in the general testing area. I went back to the booth, grabbed my belongings and went to the waiting area. I asked why I was being relocated and was told that there was another student with testing accommodations similar to mine, and the staff had decided to allow the other student to take the seat I had just vacated. I went back to the waiting area and hoped the new seat was not next to a window or in an overly lit spot. Later, I overheard the staff talking about a monitor that was broken, but the senior staff member had decided to set it up anyway. I was called back, and taken to the general testing area, seated next to a window with a monitor that was broken. It was of the LCD flat panel variety, however the flat panel was perched on its edge on the desk and wires were leading to its stand that was placed nearby. There was not much room for a mouse or keyboard that are a requirement for the test. I tried to use it but the position that was required to use it would be difficult to maintain for the eight hours and forty-five minutes that my exam would last the first day, and just as long for the second day. I went back outside and asked for a working intact monitor. I work on a PC with the monitor screen a few inches from the tip of my nose, and to type, I place the keyboard behind the monitor reaching around it on both sides to reach the keyboard to type. The monitor setup they had provided would not allow for that. The staff tried to convince me to take the test on the broken monitor but I asked again to be provided with a working intact monitor setup. I stepped outside again and sat in the waiting area. Another staff member arrived and tried to think of ways to fix the broken monitor but eventually determined that it was not possible. There were some efforts made to find a replacement in the building but found that none could be found. There were suggestions made that I may have to postpone the test. At that point I met with

police and was asked to wait in a conference room down the hall. I noticed a very large analog clock in the room that said 11:45 a.m. At that point it was far too late to take the test that day.

DATED this the 24th day of May, 2012        _____
                                             Signature of Affiant

SWORN to subscribed before me, this 24th day of May, 2012

_____  7-3-14
NOTARY PUBLIC

JANETT L. FUNSANG
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
MY COMMISSION EXPIRES JULY 3, 2014