IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA MAHMOOD | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | NO. 12-CV-1544 |
| EXAMINERS | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 15th day of February, 2013, it is hereby ORDERED that Docket No. 33 be vacated, Order filed in error.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge