IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

| | |
|---|---|
| Maria Mahmood <br>               Plaintiff <br><br> vs. <br><br> National Board of Medical Examiners <br>               Defendant | FAMILY COURT DIVISION <br> ☐ Custody    ☐ Partial Custody <br> ☐ Visitation    ☐ Support <br><br> D.R. No.: <br><br> PACSES No.: |

*RECEIVED MAR 20 2013 U.S.C.A. 3rd. CIR*

**PETITION TO PROCEED IN FORMA PAUPERIS**

TO THE HONORABLE, THE JUDGES OF SAID COURT:

(1) I am the (check one) ☑ **PLAINTIFF** ☐ **DEFENDANT** in the above matter and because of my financial condition I am unable to pay the required filing fee of $ 455.00  .

(2) I am unable to obtain funds from anyone, including my family and associates, to pay this fee.

(3) Check one:

☐ I am currently a recipient of the following type(s) of Benefits from the Pennsylvania Department of Public Welfare or Social Security Administration: (Check all that apply and be prepared to present to the filing clerk supporting documentation that you are currently receiving the benefits(s))
- cash benefits
- medical benefits
- SSI

☑ I am not currently receiving cash or medical Public Assistance benefits, but I am attaching a completed Poverty Affidavit that verifies my financial condition, and why I cannot afford to pay the aforementioned filing fee.

I verify that the statement made in this Petition, and attached Poverty Affidavit (if applicable), are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904, relating to unsworn falsification to authorities.

Date: March 19, 2013        Maria Mahmood  _/s/ Maria Mahmood_
                                                Name of Petitioner
                                                Address:    14717 Exbury Lane
                                                Laurel, Maryland 20707

## ORDER

AND NOW, this _____ day of _____, upon consideration of the foregoing Petition, and attached Poverty Affidavit (if applicable), it is hereby ORDERED that the petitioner be excused from payment of the filing fee in this matter

BY THE COURT:

_____
J.

You do not need to fill out this petition if you receive dpw or ssa benefits.

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

| | | |
|---|---|---|
| Maria Mahmood | : | FAMILY COURT DIVISION |
| Plaintiff | : | ☐ Custody   ☐ Partial Custody |
| | : | ☐ •Visitation   ☐ •Support |
| vs. | : | |
| | : | D.R. No.: |
| National Board of Medical Examiners | : | |
| Defendant | : | PACSES No.: |
| | : | |

## POVERTY AFFIDAVIT

1. I, Maria Mahmood _____ am the (check one) ✓•PLAINTIFF • •DEFENDANT in a support/custody matter, and because of my financial condition I am unable to pay the fees and costs of prosecuting or defending the action or proceeding.

2. I am unable to obtain funds from anyone, including family and associates, to pay the costs of litigation.

3. I represent that the information below relating to my ability to pay the fees and costs is true and correct:

   (a) Name: Maria Mahmood

   Address: 14717 Exbury Lane
   Laurel, Maryland 20707

   Social Security Number: 218 59 2817

**Employment:**

   (b) If you are presently employed, state:

   Employer: N/L

   Employer Address: _____

   Salary or Wage per month: _____

   Type of Work: N/L

(c)   If you are unemployed: state:

Date of last employment: __NA_____

Salary or Wages per month: _____

Type of Work: _____

Other income within the past twelve months:

Business or profession: 0

| | |
|---|---|
| Other Self-employment: 0 | Support payments: 0 |
| Interest: 0 | Disability payments: 0 |
| Dividends: 0 | Unemployment compensation and/or supplemental benefits: 0 |
| Pension & annuities: 0 | Public assistance/welfare: 0 |

Other: 0

(d)   Other contributions to household support:

Wife/Husband (**circle one**) Name: ___NA_____

If your wife/husband is employed, state:

Employer: ____NA_____

Salary or wages per month: ___NA / NIL_____

Type of Work: _____

Contributions from children per month: ___NA___

Contributions from parent per month: ___NA___

Other contributions per month: ___NA / NIL___

(e)  Property owned:

Cash: 0           NA

Checking account: 0

Saving account: 0

Certificates of deposit: 0       NA

Real estate (including home): 0       NA

Motor vehicle: Make: 0                               Year: 0

        Cost: _____                       Amount Owed: _____

Stocks; Bonds: _____ NA

Other: _____ NA

(f)  Debts and obligations

Mortgage: _____ NA

Rent: _____ NA

Loans:  Education Loans were in the amount of approx. $400,000.00

Other: _____

(g)  Persons dependent upon you for support:

Wife/Husband Name: _____ NA

Child(ren) (if any):

    Names(s)                                                          Age(s)

    _____ NA.

Other Persons:

    Name(s)                                                         Relationship

_____

_____

4. I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

5. I verify that the statements in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904, relating to unsworn falsification to authorities.

_03/19/2013_                              _[signature]_____
Date                                            Petitioner