

## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE ) | CIRCUIT COURT |
| ESTERN DISTRICT OF PENNSYLVANIA        ) | DOCKET NUMBER: ---- |
| ) | |
| Maria Mahmood, Plaintiff                ) | DISTRICT COURT |
| ) | JUDGE: TIMOTHY R. RICE |
| V.                                      ) | |
| ) | **FILED** |
| National Board of Medical Examiners,    ) | |
|         Defendants                      ) | MAR 2 0 2013 |
| ) | MICHAEL E. KUNZ, Clerk |
| | By_____ Dep. Clerk |

I, Maria Mahmood, am the Plaintiff in the captioned matter appearing as Pro Se and hereinafter referred as Plaintiff. Notice is hereby given that, Plaintiff, appeals to the United States Court of Appeals for the Third Circuit from the order of the United States District Court for the Eastern District of Pennsylvania was entered in the action on 21st. February 2013. A copy of order is attached as Exibit-A.

Place: Laurel
Date: March 19, 2013

Maria Mahmood, Plaintiff, Pro Se
14717 Exbury Lane
Laurel, MD 20707
Tel.# 301-362-1471

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA MAHMOOD, | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| NATIONAL BOARD OF | : No. 12-1544 |
| MEDICAL EXAMINERS, | : |
| Defendant. | : |

## AMENDED ORDER

AND NOW, this **21st** day of **February, 2013**, upon consideration of Defendant National Board of Medical Examiners ("NBME")'s motion for summary judgment, the accompanying memorandum of law and exhibits, and Plaintiff Maria Mahmood's answer, it is **ORDERED** that summary judgment is GRANTED.

Judgment is entered in favor of Defendant.

The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge

| | |
|---|---|
| Maria Mahmood, Plaintiff | ) UNITED STATES DISTRICT COURT |
| | ) FOR THE EASTERN DISTRICT OF |
| V. | ) PENNSYALVANIA |
| | ) |
| National Board of Medical Examiners, | ) |
| Defendants | ) |
| | ) Civil case No.  12-cv-01544 |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, I filed the <u>PLAINTIFF NOTICE OF APPEAL</u> with the clerk of the court. The CM/ECF of the United States District Court for the Eastern District of Pennsylvania will send notification of such filing to the following:

National Board of Medical Examiners
3750 Market Street,
Philadelphia, PA  19104


Respectfully submitted,

Dated: March 19, 2013

*[signature]*

Maria Mahmood, Plaintiff,  Pro Se


Page 1 of 1

MARIA MAHMOOD
14717 - EXBURY LANE
LAUREL, MD 20707



UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
MARCIA M. WALDRON, CLERK
OFFICE OF THE CLERK
21400 U.S. COURTHOUSE
601 - MARKET STREET
PHILADELPHIA, PA 19106