# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Maria Mahmood

                        12-1544
                        District Court Docket Number

     vs.

National Board of Medical Examiners

Notice of Appeal Filed 3/20/2013
Court Reporter(s)/ESR Operator(s)      n/a

Filing Fee:
     Notice of Appeal _____ Paid  _x_ Not Paid  _____ Seaman
     Docket Fee       _____ Paid  _x_ Not Paid  _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
___x___ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

Defendant's Address (for criminal appeals)

Prepared by: s/ Tashia Irving 3/29/13
Tashia Irving
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm